UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Emilie Villa-Ignacio Padiernos,

    Debtor.

**CASE NO.: 20-11939-TWD**

**CHAPTER 13**

**OBJECTION TO CONFIRMATION BY CSMC 2019-RPL2 TRUST**

CSMC 2019-RPL2 Trust through its servicing agent Select Portfolio Servicing, Inc. ("Creditor"), objects to confirmation of the proposed chapter 13 plan (The "Plan") of Emilie Villa-Ignacio Padiernos ("Debtor" herein). The basis for this objection is that the Plan does not comply with the provisions of Title 11, chapter 13 of the United States Bankruptcy Code and thus should not be confirmed by the Court.

## I.    BACKGROUND

On or about May 25, 2007, Maria Christie Lumbera and Emilie V. Padiernos executed and delivered a note in favor of Household Finance Corporation III in the original principal amount of $253,200.27. This Note was secured by a Deed of Trust ("Deed") encumbering real property commonly described as 11300 1st Ave NE # 118, Seattle, WA 98125 ("Property"). Creditor is the holder of the note or services the note for the holder.

On July 21, 2020, Debtor filed for protection under Title 11, chapter 13 of the United States Code under cause number 20-11939-TWD in the above listed court.

The outstanding balance due on the Note as of filing is approximately $451,548.69. As of the same date the loan is contractually due for the September 1, 2019 payment.

Objection to Confirmation - 1
MH# WA-20-162790

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-11939-TWD   Doc 15   Filed 07/27/20   Ent. 07/27/20 13:32:42   Pg. 1 of 3

The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are approximately $12,583.90 as will be detailed in Creditor's filed proof of claim. The monthly payment due as of the filing date was $1,114.75.

## II.     ARGUMENT AND AUTHORITY

Under 11 U.S.C. § 1325 (a)(1) and 1322 (b)(2) a plan may not modify the rights of a holder of a claim secured only by an interest in real property that is the Debtor's personal residence. In the case at bar, Debtor has proposed to subordinate Creditor's right to a monthly maintenance payment for two to three months while the first money paid to the trustee is directed to attorney fees. Creditor has no objection to the payment of attorney fees, but those payments should be concurrent with the regular maintenance payment and not in front of that payment.

## III.     CONCLUSION

For the reasons listed above, the chapter 13 plan as proposed fails to comply with the requirements of United States Code Title 11. Therefore, Creditor respectfully requests the Court deny confirmation of the proposed Chapter 13 plan. If the court sustains this objection and denies confirmation, Creditor respectfully requests that the Court set a deadline by which an amended plan is to be filed. Creditor further requests that if the Debtor does not file the Amended Plan by the date imposed by the Court, the Trustee be permitted to submit an order dismissing the bankruptcy case for failure to comply with the order of the court.

Dated: July 27, 2020                    McCarthy & Holthus, LLP


                                        /s/ Lance E. Olsen
                                        Lance E. Olsen, Esq. WSBA# 25130
                                        Michael S. Scott WSBA# 28501
                                        Attorneys for Movant

Objection to Confirmation - 2
MH# WA-20-162790

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-11939-TWD    Doc 15    Filed 07/27/20    Ent. 07/27/20 13:32:42    Pg. 2 of 3

## CERTIFICATE OF SERVICE

On 7/27/2020, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by electronic means through the Court's ECF program:

**TRUSTEE**
Jason Wilson-Aguilar
courtmail@seattlech13.com

**DEBTOR'S COUNSEL**
Erin Lane
ErinL@washingtonstateattorneys.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Raquel Rivera
Raquel Rivera

On 7/27/2020, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Emilie Villa-Ignacio Padiernos, 11300 1st Ave NE #118, Seattle, WA 98125

**BORROWER**
Maria Christie Lumbera, 11300 1St Ave Ne 118, Seattle, WA 98125

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh

Certificate of Mailing- 3
MH#WA-20-162790

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856