UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

EMILIE VILLA-IGNACIO PADIERNOS,

Debtor.

Case No.: 20-11939

**DECLARATION REGARDING TAX RETURNS**

COMES NOW, the Debtor, DEBTOR, and makes this Declaration, under penalty of perjury:

1. I am the Debtor in the matter referenced above.

2. I believe I am exempt from filing my tax returns and have not done so since 2013..

Dated this 3rd day of August 2020.

_____
EMILIE PADIERNOS (Aug 3, 2020 10:53 PDT)
Emilie Villa Ignacio Padiernos
Debtor

DECLARATION- 1

Washington Law Group PLLC
10700 Meridian Ave N Ste 109
Seattle, WA 98133
Tele: (206) 686.6054
Fax: (850) 400.7919