UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

EMILIE VILLA-IGNACIO PADIERNOS,

    Debtor.

Chapter 13

Case No. 20-11939-TWD

PROOF OF SERVICE

I, Jessica Richards, declare that I have served the Objection to Confirmation of Plan and this Proof of Service on the below listed entities in the manner shown on September 23rd, 2020:

Via ECF:
Jason Wilson-Aguilar:      courtmail@seattlech13.com
Erin Lane:                 ErinL@washingtonstateattorneys.com
United States Trustee:     USTPRegion18.SE.ECF@usdoj.gov

By First Class Mail, postage prepaid:

Emilie Villa-Ignacio Padiernos
11300 1st Ave NE #118
Seattle, WA 98125

PROOF OF SERVICE - 1

STRICHARTZ ASPAAS PLLC
2101 FOURTH AVENUE
SUITE 860
SEATTLE, WA 98121
206.388.0600; FAX 206.286-2650

I declare under penalty of perjury under the laws of the State of Washington and of the United States that the foregoing is true and correct.

Dated this 23rd day of September, 2020 at Seattle, Washington.

_____
Jessica Richards

PROOF OF SERVICE - 2

STRICHARTZ ASPAAS PLLC
2101 FOURTH AVENUE
SUITE 860
SEATTLE, WA 98121
206.388.0600; FAX 206.286-2650