Judge: Timothy W. Dore
Chapter: 13

United States Bankruptcy Court
Western District of Washington at Seattle

In RE:  
Emilie Villa-Ignacio Padiernos  
11300 1St Ave Ne #118  
Seattle, Wa 98125

Chapter 13 Case # 20-11939

Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
January 22, 2021

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim.

Jason Wilson-Aguilar  
Chapter 13 Trustee

Chapter 13 Case No. 20-11939

| Name and Address of Creditor | Amount | Classification | |
|---|---|---|---|
| Capital One Bank Usa Na<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, NC 28272-1083 | $497.04<br>Clm#: 4<br>Level: 40 | U - Unsecured<br>Comm:<br>Acct # 3697 | |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle, WA 98101 | $0.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br>Comm:<br>Acct # | |
| Comcast<br>Po Box 34744<br>Seattle, WA 98124-1744 | $0.00<br>Clm#: 29<br>Level: 92 | Not Filed<br>Comm: Amended Schedule/9-10-20<br>Acct # 4136 | X |
| Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193 | $0.00<br>Clm#: 30<br>Level: 92 | Not Filed<br>Comm: Amended Schedule/9-10-20<br>Acct # 9708 | X |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 25<br>Level: 98<br>Corr Only | Y - Notice Only<br>Comm:<br>Acct # | |

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $0.00<br>Clm#: 26<br>Level: 98<br>Pmts Go To | Y - Notice Only<br><br>Comm: No More Estimated Taxes<br>Acct # X2503 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101 | $675.34<br>Clm#: 27<br>Level: 40<br>Pmts Go To | U - Unsecured<br><br>Comm: I13/Penalty<br>Acct # X2503 |
| Jefferson Capital Systems Llc<br>Po Box 772813<br>Chicago, IL 60677 | $559.78<br>Clm#: 7<br>Level: 40<br>EFT PMT | U - Unsecured<br><br>Comm: Premier Bankcard<br>Acct # 0194 |
| Jefferson Capital Systems Llc<br>Po Box 772813<br>Chicago, IL 60677 | $458.69<br>Clm#: 10<br>Level: 40<br>EFT PMT | U - Unsecured<br><br>Comm: Bluestem Brands/Fingerhut<br>Acct # 7969 |
| King Co Off Of Finance<br>500 4Th Ave #600<br>Seattle, WA 98104-2387 | $0.00<br>Clm#: 28<br>Level: 98<br>ALL GO TO | Y - Notice Only<br><br>Comm: Current<br>Acct # 6174800160 |
| Merchants Credit<br>Po Box 7416<br>Bellevue, WA 98008 | $787.77<br>Clm#: 11<br>Level: 40<br>010180 | U - Unsecured<br><br>Comm: Swedish Hospital/Medical Center<br>Acct # 3116 |
| Merchants Credit Association<br>Attn: Bankruptcy<br>Po Box 7416<br>Bellevue, WA 98008 | $0.00<br>Clm#: 31<br>Level: 92 | Not Filed                                X<br><br>Comm: Amended Schedule/9-10-20<br>Acct # 9129 |
| Northgate West Condominium<br>Association<br>C/O Strichartz Aspaas Pllc<br>2101 Fourth Ave #860<br>Seattle, WA 98121 | $0.00<br>Clm#: 13<br>Level: 8 | Continuing Debt<br>@ $516.56 Per Month<br>Comm: 11300 1st Ave NE #118/HOA/SD=<br>Acct # 8408 |
| Northgate West Condominium<br>Association<br>C/O Strichartz Aspaas Pllc<br>2101 Fourth Ave #860<br>Seattle, WA 98121 | $4,707.90<br>Clm#: 22<br>Level: 17 | = - Other Secured Delq<br>@ $104.72 Per Month<br>Comm: ~7-20<br>Acct # 8408 |
| Northgate West Condominium<br>Association<br>C/O Strichartz Aspaas Pllc<br>2101 Fourth Ave #860<br>Seattle, WA 98121 | $1,334.37<br>Clm#: 32<br>Level: 14 | = - Other Secured Delq<br><br>Comm: 8-20~10-20 (3 Pymnts)<br>Acct # 8408 |
| Northgate West Condominium<br>Association<br>C/O Strichartz Aspaas Pllc<br>2101 Fourth Ave #860<br>Seattle, WA 98121 | $42,529.33<br>Clm#: 33<br>Level: 40 | U - Unsecured<br><br>Comm: Quantum Meruit Claim for Contents<br>Acct # 8408 |

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Northgate West Condominium Association<br>C/O Strichartz Aspaas Pllc<br>2101 Fourth Ave #860<br>Seattle, WA 98121 | $2,795.00<br>Clm#: 34<br>Level: 31 | Post Petition Fees<br><br>Comm: ~10-20<br>Acct # 8408 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk, VA 23541 | $510.17<br>Clm#: 14<br>Level: 40<br>352291 | U - Unsecured<br><br>Comm: Capital One Bank (USA)<br>Acct # 0789 |
| Quantum3 Group<br>Po Box 788<br>Kirkland, WA 98083-0788 | $441.91<br>Clm#: 5<br>Level: 40<br>EFT PMTS | U - Unsecured<br><br>Comm: Wayfair/Comenity Bank<br>Acct # 0597 |
| Resurgent Capital Services<br>Po Box 10368<br>Greenville, SC 29603-0368 | $900.74<br>Clm#: 12<br>Level: 40 | U - Unsecured<br><br>Comm: Merrick Bank<br>Acct # 8465 |
| Select Portfolio Servicing Inc<br>Attn: Remittance Processing<br>Po Box 65450<br>Salt Lake City, UT 84165-0450 | $0.00<br>Clm#: 15<br>Level: 8 | Continuing Debt<br>@ $1,110.36 Per Month<br>Comm: SD 11-20/11300 1st Ave NE #118<br>Acct # 8507 |
| Select Portfolio Servicing Inc<br>Attn: Remittance Processing<br>Po Box 65450<br>Salt Lake City, UT 84165-0450 | $14,922.25<br>Clm#: 21<br>Level: 17 | D - 1St Mortgage Delinquency<br>@ $266.67 Per Month<br>Comm: ~7-20 (pet date)/CTO 12-1-20<br>Acct # 8507 |
| Select Portfolio Servicing Inc<br>Attn: Remittance Processing<br>Po Box 65450<br>Salt Lake City, UT 84165-0450 | $3,331.08<br>Clm#: 24<br>Level: 14 | ) - Post Petition Mortgage Delq<br><br>Comm: 8-20~10-20 (3 pymnts)<br>Acct # 8507 |
| The Contents Specialists Seatt<br>6839 S 220Th St<br>Kent, WA 98032 | $0.00<br>Clm#: 18<br>Level: 98 | Y - Notice Only<br><br>Comm:<br>Acct # |
| Tidewater Finance Company<br>Po Box 13306<br>Chesapeake, VA 23325 | $9,647.13<br>Clm#: 23<br>Level: 40 | U - Unsecured<br><br>Comm: 2015 Default Judgment<br>Acct # 5492/Exceeds Statute |
| **Total Claimed Amount:** | **$84,098.50** | |

To Debtor(s):

This is a report of the proof of claims creditors have filed in your case. The amounts of the claims are the original amounts, so they do not reflect any payments made and may not reflect the current balances. This is not an audit and does not include the Trustee's administrative fee, but it does include any attorney fees to be paid through your Chapter 13 plan.

The claim numbers above are assigned by this office for administrative purposes but are not the official claim numbers. For the official claim numbers, please refer to the claim numbers assigned by the U.S. Bankruptcy Court displayed on CM/ECF.

**Please review this report carefully. If you dispute any amounts claimed by your creditors, you must contact your attorney.** We have also provided a copy of this report to your attorney.

The Trustee distributes your plan payments based on your Chapter 13 plan. Therefore, disputed claims and untimely claims may receive disbursements unless you properly file a written objection with the U.S. Bankruptcy Court and the Court disallows the claim. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); *In re Smith*, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). *See also Lane v. The Bank of New York Mellon et al. (In re Lane)*, 959 F.3d 1226, 1230 (9th Cir. 2020). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. *Smith*, 2010 WL 5018379, at *3.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankr. R. 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankr. R. 9013-1(d)(2)(C). *See also* Fed. R. Bankr. P. 3007.

Please contact your attorney immediately if you have questions or concerns.

January 22, 2021

CC: Washington Law Group Pllc  
    Northway Square West  
    10700 Meridian Ave N #109  
    Seattle,WA 98133

Jason Wilson-Aguilar, Trustee  
Chapter 13 Bankruptcy Trustee  
600 University St. #1300  
Seattle,WA 98101  
www.seattlech13.com  
Phone: (206) 624-5124  
Fax:(206) 624-5282