Entered on Docket February 5, 2021

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 20-11939-TWD |
| EMILIE VILLA-IGNACIO PADIERNOS,<br><br>Debtor. | **AMENDED** EX PARTE STIPULATED ORDER APPROVING DISBURSEMENT OF SETTLEMENT FUNDS TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF CSMC 2019-RPL2 TRUST |

THIS MATTER came before the Court on Northgate West Condominium Association's ("Association") ex parte Motion to Approve Disbursement of Settlement Funds to Wilmington Savings Fund Society, FSB, as Owner of CSMC 2019-RPL2 Trust ("Motion"). The Association requested entry of an order to approve disbursement of Emilie Villa-Ignacio Padiernos's ("Debtor") portion of the settlement funds, in the amount of Six Thousand Three Hundred Sixty-One and 24/100 dollars ($6,361.24), ("Settlement Funds") from the Central Puget Sound Regional Transit Authority, a regional transit authority, dba Sound Transit v. Northgate West Condominium Association, a Washington non-profit corporation, et al., King

AMENDED EX PARTE STIPULATED ORDER APPROVING
DISBURSEMENT OF SETTLEMENT FUNDS TO WILMINGTON
SAVINGS FUND SOCIETY, FSB, AS OWNER OF CSMC 2019-
RPL2 TRUST - 1

Strichartz Aspaas, PLLC
2101 Fourth Avenue, Suite 860
Seattle, Washington 98121
(206) 388-0600

Case 20-11939-TWD    Doc 45    Filed 02/05/21    Ent. 02/05/21 13:29:11    Pg. 1 of 4

County case number 19-2-09335-8SEA which are currently being held by the Association, to Wilmington Savings Fund Society, FSB, as Owner of CSMC 2019-RPL2 Trust ("Wilmington"), the beneficiary of the deed of trust on the Debtor's real property located at 11300 1st Avenue N.E. #118, Seattle, WA 98125. The amendment will allow payment to Wilmington's loan servicer Select Portfolio Servicing, Inc. The parties, Jason Wilson-Aguilar, Chapter 13 Trustee ("Trustee"), the Debtor through her attorney Erin Lane, Wilmington Savings Fund Society, FSB as Owner of CSMC 2019-RPL2 Trust through its attorney Lance Olsen and Northgate West Condominium Association through its counsel, Jennifer L. Aspaas stipulate and agree that:

1) the Debtor's portion of the Settlement Funds in the amount of Six Thousand Three Hundred Sixty-One and 24/100 dollars ($6,361.24), are no longer property of the estate;

2) the Debtor and Trustee release all interest in and claim to the Settlement Funds; and

3) the Debtor, Wilmington and Trustee have no objection to disbursement of the Settlement Funds to Wilmington Savings Fund Society, FSB as Owner of CSMC 2019-RPL2 Trust by payment to Wilmington's loan servicer Select Portfolio Servicing, Inc.

WHEREFORE IT IS HEREBY ORDERED, ADJUDGED and DECREED:

THAT Northgate West Condominium Association is authorized to disburse the Settlement Funds in the amount of Six Thousand Three Hundred Sixty-One and 24/100 dollars

//

AMENDED EX PARTE STIPULATED ORDER APPROVING DISBURSEMENT OF SETTLEMENT FUNDS TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF CSMC 2019-RPL2 TRUST - 2

Strichartz Aspaas, PLLC
2101 Fourth Avenue, Suite 860
Seattle, Washington 98121
(206) 388-0600

Case 20-11939-TWD    Doc 45    Filed 02/05/21    Ent. 02/05/21 13:29:11    Pg. 2 of 4

($6,361.24), to Wilmington Savings Fund Society, FSB as Owner of CSMC 2019-RPL2 Trust by payment to Wilmington's loan servicer Select Portfolio Servicing, Inc.

/// End of Order ///

PRESENTED BY:

/s/ Jennifer L. Aspaas
Jennifer L. Aspaas, WSBA #26303
STRICHARTZ ASPAAS PLLC
2101 Fourth Avenue, Suite 860
Seattle, WA 98121
Telephone: (206) 388-0600
Email: jennifer@condo-lawyers.com
**Attorneys for Northgate West Condominium Association**


Approved as to form and content;
Notice of Presentation waived:


/s/ Jason Wilson-Aguilar (per electronic mail approval)
Jason Wilson-Aguilar, WSBA #33582
CHAPTER 13 TRUSTEE
600 University St. #1300
Seattle, WA 98101
Telephone: (206) 624-5124
Email: jwilson.aguilar@seattlech13.com


/s/ Erin Lane (per electronic mail approval)
Erin Lane, WSBA #42504
WASHINGTON LAW GROUP, PLLC
2319 N. 45th St. Suite 215A
Seattle, WA 98103
erinl@washingtonstateattorneys.com
**Attorneys for Attorney for Debtor, Emilie Villa-Ignacio Padiernos**

AMENDED EX PARTE STIPULATED ORDER APPROVING DISBURSEMENT OF SETTLEMENT FUNDS TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF CSMC 2019-RPL2 TRUST - 3

Strichartz Aspaas, PLLC
2101 Fourth Avenue, Suite 860
Seattle, Washington 98121
(206) 388-0600

/s/ _Lance Olsen (per electronic mail approval)_
Lance Olsen, WSBA #25130
McCarthy Holthus, LLP
108 1st Avenue South #300
Seattle, WA 98104
lolsen@mccarthyholthus.com
*Attorneys for Attorney for Wilmington Savings Fund Society, FSB*
*As Owner of the CSMC 2019 RPL2 Trust*

AMENDED EX PARTE STIPULATED ORDER APPROVING DISBURSEMENT OF SETTLEMENT FUNDS TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF CSMC 2019-RPL2 TRUST - 4

Strichartz Aspaas, PLLC
2101 Fourth Avenue, Suite 860
Seattle, Washington 98121
(206) 388-0600