**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>EMILIE VILLA-IGNACIO PADIERNOS,<br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>No. 20-11939-TWD<br><br>ORDER DENYING DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION |

THIS MATTER came before the Court on the debtor's Motion to Modify Chapter 13 Plan Post-Confirmation (ECF No. 58) and Northgate West Condominium Association's Response (ECF No. 61). For the reasons stated by the Court at the September 15, 2021 hearing, it is

ORDERED that the debtor's Motion to Modify Chapter 13 Plan Post-Confirmation (ECF No. 58) is denied.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124