**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 20-11939 |
| | ) | |
| Emilie Villa Ignacio Padiernos, | ) | ORDER |
| Debtor. | ) | Motion to Employ Attorney |
| | ) | |

THIS MATTER, having come in before the undersigned Bankruptcy Judge, and the Court having heard the arguments, if any, for and against the employment of John Chihak of Chihak & Associates and proposed herein, the Court does therefore hereby ORDER:

That John Chihak of Chihak & Associates is employed in the above referenced chapter 13 case as attorney to appeal the benefit decision of the Social Security Administration on behalf of Ms. Padiernos.

//End of Order//

Presented By:

/s/Erin Lane
Erin Lane WSBA 42504
Attorney for Debtor

No Objection:

/s/Kristin D. Bowen, WSBA #46688
Staff Attorney for Jason Wilson-Aguilar,
Chapter 13 Trustee

Order

WASHINGTON LAW GROUP, PLLC
2319 N 45TH ST STE 215A
SEATTLE, WA 98103
TELEPHONE (206) 686.6054 ◆ FACSIMILE (206) 400-7919

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Order

WASHINGTON LAW GROUP, PLLC
2319 N 45TH ST STE 215A
SEATTLE, WA 98103
TELEPHONE (206) 686.6054 ◆ FACSIMILE (206) 400-7919