**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

# IN THE UNITED STATE BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>Emilie Villa Ignacio Padiernos,<br><br>DEBTOR. | **NO.** 20-11939<br><br>**EX PARTE ORDER ON MOTION FOR CONSENT TO APPLY FOR THE WASHINGTON HOMEOWNER ASSITANCE FUND** |

THIS MATTER having come regularly before the court on the Debtor's Ex Parte Motion For Consent To Apply For the Washington Homeowner Assistance Fund, having considered the motion and having reviewed the files and records and having heard the arguments of the parties, if any, THEREFORE, IT IS HEREBY:

Order On Motion 1-

Washington Law Group, PLLC<br>
2319 N 45th St Ste 215A<br>
Seattle, WA 98103<br>
Office: 206.686.6054<br>
Fax: 206.400.7919

1   ORDERED the Debtor may apply for the Washington Homeowner Assistance Fund

2   Program to resolve her arrearage on mortgage debts, on homeowner's dues arrears and for her

3   post-petition homeowner's assessments.

4                    ///END OF ORDER///

5   ~~Dated this October 18, 2022.~~        Respectfully submitted by:

6                        */s/Erin Lane*_____
                         Erin Lane, WSBA#42504
7                        Attorney for Debtor

Order On Motion 2-

Washington Law Group, PLLC
2319 N 45th St Ste 215A
Seattle, WA 98103
Office: 206.686.6054
Fax: 206.400.7919