| | |
|---|---|
| Erin Lane WSBA 42504<br>Washington Law Group, PLLC<br>2319 N 45th St Ste 215A<br>Seattle, WA 98103<br>Tel. 206.686.6054<br>Fax 206.400.7919 | Honorable Timothy Dore<br>Chapter 13<br>Hearing Date 8.16.23 9:30 am<br>Response Date 8.9.23<br>Location Seattle Rm 8106 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE:<br><br>Emilie Villa Ignacio Padiernos<br><br>Debtor. | Case No. 20-11939- TWD<br><br>Chapter: 13<br><br>NOTICE OF HEARING ON DEBTOR'S MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY |

YOU ARE hereby notified that the hearing on the attached Motion For Approval To Disburse Homeowner Assistance Funds (HAF) Grant and For Willful Violations of the Automatic Stay, will be before the Honorable Timothy Dore on August 16, 2023 at 9:30 am pm at 700 Stewart Ave, Rm 8106, Seattle, WA 98101. Any objections must be served upon Erin Lane at the address set forth above no later than August 9, 2023. Objections to the motion must also be filed with the Clerk of the Court, United States Bankruptcy Court.

YOU ARE FURTHER NOTIFIED that if no objection is received on or before said date, an Order granting debtors' motion may be entered by the Court in its discretion prior to the hearing without further notice.

Dated this 13th of July 2023　　　　Presented by:
　　　　　　　　　　　　　　　　　　/s/ Erin Lane_____
　　　　　　　　　　　　　　　　　　Erin Lane, WSBA 42504

| | |
|---|---|
| DEBTOR'S MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY - 1 - | Washington Law Group, PLLC<br>2319 N. 45th St, Ste 215A<br>Seattle, WA 98103<br>Tel# 206-686-6054<br>Fax# 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 |