UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Emilie Villa Ignacio Padiernos,

    Debtor.

Case No. 20-11939- TWD

Chapter: 13

ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT

THIS MATTER came before the Court on the Debtor's motion for approval to disburse the Homeowner Assistance Funds (HAF) grant ("Motion") regarding the Debtor's home located at 11300 1st Ave NE #118, Seattle, WA 98125 ("Residence"), proper notice having been given, the Court having examined the files and records, and having considered oral argument, it is

ORDERED that:

1. The Debtor's Motion for Approval to Disburse Homeowner Assistance Funds (HAF) Grant is granted; and

2. Washington State Housing Finance Commission (Housing Finance Commission) may disburse the HAF Grant directly to debtor's mortgage servicer, Specialized Portfolio Servicing, Inc. ("SPS"); and

3. Within 7 days from entry of this order Northgate West Condominium is compelled to provide Debtor's Counsel, Erin Lane, an explanation of the secured payoff amount with a clear payoff figure of the secured claim and special assessment that does not include the unsecured amount. This payoff must include invoices to support the amounts requested; and

4. Only after the payoff is received, reviewed by Debtor's counsel and agreed to by the HOA and Debtor, that Debtor is allowed to receive HAF Grant which shall be paid directly to Northgate West Condominium Association from the Housing Finance Commission for the secured amount and any special assessment amount the HAF funds can be applied to; and

5. Debtor will not be responsible for any of the Northgate West Condominium attorney fees associated with obtaining the payoff figures for the HAF funds; and

6. Within five days of the Housing Finance Commission's disbursement to SPS and the HOA, her attorney or the Housing Finance Commission shall file a sworn declaration attesting to (a) the exact amount Housing Finance Commission paid and (b) to whom.

// END OF ORDER //

Presented by:

__/s/ Erin Lane_____
Erin Lane, WSBA# 42504
Attorney for Debtor

ORDER GRANTING DEBTOR'S MOTION FOR
APPROVAL TO DISBURSE HOMEOWNER
ASSISTANCE FUNDS (HAF) GRANT - 2

**WASHINGTON LAW GROUP, PLLC**
2319 N 45TH ST STE 215A
SEATTLE, WASHINGTON 98103
telephone (206) 686-6054