| | |
|---|---|
| Erin Lane WSBA 42504<br>Washington Law Group, PLLC<br>2319 N 45th St Ste 215A<br>Seattle, WA 98103<br>Tel. 206.686.6054<br>Fax 206.400.7919 | Honorable Timothy Dore<br>Chapter 13<br>Date of Hearing 8.16.2023 9:30am<br>Response date 8.9.2023<br>Location Seattle 8106 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>Emilie Villa Ignacio Padiernos<br><br>Debtor. | Case No. 20-11939- TWD<br><br>Chapter: 13<br><br>DECLARATION OF ERIN LANE IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY |

I, Erin Lane, declare as follows:

1.　I am the debtor's chapter 13 bankruptcy attorney and I have personal knowledge of the facts in this declaration and am competent and willing to testify thereof if called upon to do so.

2.　Attached as Exhibit A is a true and correct copy of the Post Petition Mortgage Fees, Expenses and Charges filed on January 11, 2021.

3.　Attached as Exhibit B is a true and correct copy of the Post Petition Mortgage Fees, Expenses and Charges filed on November 15, 2021.

4.　The Chapter 13 Trustee, Jason Wilson-Aguilar, has been informed of the HAF funds and the payoff amounts. On July 4, 2023 I was ccd to an email from Christina Henry sent

DECLARATION OF ERIN LANE IN SUPPORT
OF MOTION FOR APPROVAL TO DISBURSE
HOMEOWNER ASSISTANCE FUNDS (HAF)
GRANT AND FOR WILFULL VIOLATIONS OF
THE AUTOMATIC STAY - 1 -

Washington Law Group, PLLC
2319 N. 45th St, Ste 215A
Seattle, WA 98103
Tel# 206-686-6054
Fax# 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

Case 20-11939-TWD    Doc 82    Filed 07/13/23    Ent. 07/13/23 21:16:05    Pg. 1 of 2

to Mr. Wilson-Aguilar notifying him of the Northgate West Assocation payoff, that the Debtor is cleared to get the HAF grant for the secured claim and the special assessment, and that "they all make no sense."

5. The Trustee was also included in the many emails with the mortgage servicers attorney Lance Olsen for the payoff amount for the mortgage arrears.

UNDER PENALTY OF PERJURY, I DECLARE I HAVE READ THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE BELIEVE IT TO BE TRUE.

Executed this Dated this 13th of July 2023 at Seattle, WA

*s/ Erin Lane*_____
Erin Lane, WSBA# 42504

DECLARATION OF ERIN LANE IN SUPPORT
OF MOTION FOR APPROVAL TO DISBURSE
HOMEOWNER ASSISTANCE FUNDS (HAF)
GRANT AND FOR WILFULL VIOLATIONS OF
THE AUTOMATIC STAY - 2 -

Washington Law Group, PLLC
2319 N. 45th St, Ste 215A
Seattle, WA 98103
Tel# 206-686-6054
Fax# 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