| | |
|---|---|
| Erin Lane WSBA 42504<br>Washington Law Group, PLLC<br>2319 N 45th St Ste 215A<br>Seattle, WA 98103<br>Tel. 206.686.6054<br>Fax 206.400.7919 | Honorable Timothy Dore<br>Chapter 13 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>Emilie Villa Ignacio Padiernos<br><br>Debtor. | Case No. 20-11939- TWD<br><br>Chapter: 13<br><br>DECLARATION OF EMILIE VILLA IGNACIO PADIERNOS IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY |

I, Emilie Villa Ignacio Padiernos, declare as follows:

1. I am the Chapter 13 debtor in this case, and I have personal knowledge of the facts in this declaration and am competent and willing to testify thereof if called upon to do so.

2. On the 21st of June 2023, the Washington State Housing Finance Commission approved me for the Homeowner's Assistance Funds Grant ("HAF") in the amount up to $60,000. A copy of the letter approving me is attached as **Exhibit A**.

3. I obtained a HAF grant agreement for my mortgage servicer, Specialized Portfolio Servicing, Inc. ("SPS"), on behalf of the beneficiary of my loan, CSMC 2019-RPL2 Trust., is approved for HAF funds in the amount of $14,425.03, which will be updated after the order on this motion is filed. *See* **Exhibit B**.

DECLARATION OF EMILIE VILLA IGNACIO PADIERNOS IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY - 1 -

Washington Law Group, PLLC
2319 N. 45th St, Ste 215A
Seattle, WA 98103
Tel# 206-686-6054
Fax# 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

Case 20-11939-TWD    Doc 83    Filed 07/13/23    Ent. 07/13/23 21:17:44    Pg. 1 of 2

4. As I understand it, I am eligible for $60,000 of available HAF funds. The mortgage arrears to SPS will be paid first and the remaining funds will go to the secured claim for my HOA in the approximate amount of $45,574.97. I also understand that the HAF funds will pay both the arrears to my HOA and as much of the special assessment as they can, so the total amount is no more than $60,000.

5. I have been paying monthly on the HOA special assessments in my Chapter 13 plan, and the payment can survive the plan as I am on a 120 month payment plan but I hope there are enough HAF funds to pay off the special assessment if possible.

6. I have completed 36 months of my Chapter 13 Plan and I am anxious to finish the Plan and get my discharge.

UNDER PENALTY OF PERJURY, I DECLARE I HAVE READ THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE BELIEVE IT TO BE TRUE.

Executed this Dated this 13th of July 2023 at Seattle, WA

*/s/ Emilie Padiernos*
Emilie Padiernos

DECLARATION OF EMILIE VILLA IGNACIO PADIERNOS IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY - 2 -

Washington Law Group, PLLC
2319 N. 45th St, Ste 215A
Seattle, WA 98103
Tel# 206-686-6054
Fax# 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

Case 20-11939-TWD    Doc 83    Filed 07/13/23    Ent. 07/13/23 21:17:44    Pg. 2 of 2