Erin Lane WSBA 42504
Washington Law Group, PLLC
2319 N 45th St Ste 215A
Seattle, WA 98103
Tel. 206.686.6054
Fax 206.400.7919

Honorable Timothy Dore
Chapter 13
Date of Hearing 8.16.2023 9:30am
Response date 8.9.2023
Location Seattle 8106

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:

Emilie Villa Ignacio Padiernos

Debtor.

Case No. 20-11939- TWD

Chapter: 13

DECLARATION OF CHRISTINA L. HENRY IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY

I, Christina L Henry, declare as follows:

1. I am working pro bono to assist the debtor in this Chapter 13 case and I have personal knowledge of the facts in this declaration and am competent and willing to testify thereof if called upon to do so.

2. As early as September 30, 2022, I requested an updated reinstatement for the secured claims of Northgate West Condominium Association (hereinafter "HOA") from their counsel. On October 18, 2022, I received assurances that an updated ledger and reinstatment quote would be provded shortly thereafter.

3. Then months went by without a ledger or reinstatement figures from the HOA. Finally, by early May 2023, the Urban League, a nonprofit who was assiting with the HAF

DECLARATION OF CHRISTINA L. HENRY IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY - 1 -

Washington Law Group, PLLC
2319 N. 45th St, Ste 215A
Seattle, WA 98103
Tel# 206-686-6054
Fax# 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

Case 20-11939-TWD    Doc 84    Filed 07/13/23    Ent. 07/13/23 21:47:13    Pg. 1 of 3

funds application, informed me that they were not able to obtain a payoff/reinstatemetn from the HOA and without it they could only process funds for SPS.

4. Counsel for the HOA finally gave a payoff/reinstatment for the HOA on May 11, 2023 but it included funds that were not allowed in the Chapter 13 Plan. I attempted to explain this and requested a payoff with only the secured claims in the bankruptcy case for HOA arrears and for the special assesment. The attached is the document provided. *See* **Exhibit 1.**

5. I read through the entire payoff and ledger provided and then sent a detailed email pointing out the over charges of attonreys fees. *See* **Exhibit 2**. That evening, I called Jennifer Aspaas to discuss the payoff/reinstatement in further detail and to avoid any further disputes as I felt she was including attorneys fees associated with the unsecured claim and not for the secured claim. I asked for the invoices to support her fees but did not receive them. After our discussion, she sent over a revised payoff that is attached hereto agreeing to reduce her attoneys fees after the discharge. That payoff is attached hereto as **Exhibit 3.**

6. Further email communications about that payoff also led to an impasse as Jennifer seems to believe her client is entitled to amounts not disclosed to the court throughout the Chapter 13 case, in violation of Bankruptcy Rule 3002.1. *See* **Exhibit 4.**

7. I believe the HOA's interpretation of the complete right to charge attorney's fees in the Chapter 13 without recognizing the Chapter 13 bankruptcy case is incorrect and in conflict with the Ninth Circuit's ruling in *Goudelock v. Sixty-01 Ass'n of Apartment Owners*, 895 F.3d 633 (9th Cir. 2018) where HOA dues are dischargeable in a Chapter 13 case and exempted from 11 U.S.C. § 1328(a).

8. By June 21, 2023, I again asked for a payoff from the HOA's counsel as the debtor obtained tentative approval for HAF funds and was at 35 months of the plan. SPS had

DECLARATION OF CHRISTINA L. HENRY IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY - 2 -

Washington Law Group, PLLC
2319 N. 45th St, Ste 215A
Seattle, WA 98103
Tel# 206-686-6054
Fax# 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

Case 20-11939-TWD    Doc 84    Filed 07/13/23    Ent. 07/13/23 21:47:13    Pg. 2 of 3

already obtained grant approval, but the HOA had not provided a payoff with enough days HAF to go through their underwriting to obtain final approval.

9. Finally on July 10, 2023, counsel for the HOA provided a payoff statement good through July 31, 2023. However, this payoff/reinstatement is also incorrect and requests fees and amounts not approved by the bankruptcy court.

10. The HOA claim is now with underwriting with HAF.

UNDER PENALTY OF PERJURY, I DECLARE I HAVE READ THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE BELIEVE IT TO BE TRUE.

Executed this Dated this 13th of July 2023 at Seattle, WA

*s/ Christina L Henry*
Christina L. Henry, WSBA# 31273

DECLARATION OF CHRISTINA L. HENRY IN SUPPORT OF MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT AND FOR WILFULL VIOLATIONS OF THE AUTOMATIC STAY - 3 -

Washington Law Group, PLLC
2319 N. 45th St, Ste 215A
Seattle, WA 98103
Tel# 206-686-6054
Fax# 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

Case 20-11939-TWD    Doc 84    Filed 07/13/23    Ent. 07/13/23 21:47:13    Pg. 3 of 3