**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>EMILIE VILLA IGNACIO PADIERNOS<br><br>               Debtor. | Case No. 20-11939- TWD<br>PROPOSED<br>ORDER ON NORTHGATE WEST CONDOMINIUM ASSOCIATION'S NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES, NOTICE OF SECURED DEBT PAYMENTS CHANGED FILED ON 2.28.2022 AND 6.15.2023 |

THIS MATTER came before the Court on Debtor's objections to the Post Petition Mortgage Fees, Expenses and Charges and Notice of Secured Debt Payments Changed Filed on February 28f, 2022 and June 15, 2023 filed by Northgate Condominium c/o Strichartz Aspaas PLLC. The Court has reviewed and considered the Objections, all evidence submitted in support of and in opposition to the Objections, the records and filed in this case, and any oral argument.

    Now, therefore, it is hereby ORDERED that:

1. Northgate West Condominium Association is prohibited from presenting any information contained in the notices of payment changed filed on February 28, 2022 and June 15,

OBJECTION TO NOTICES ORDER - 1

Washington Law Group, LLC
2319 N 45th St Ste 215A
Seattle, WA 98103

(206) 686.6054
(206) 400.7919

2023 in any contested matter or adversary proceeding in this case.

2. Northgate West Condominium Association post petition claim for ongoing assessments is fixed at $990.86 from January 1, 2023, through June 2023 and $1,044.08 from July 1, 2023 through current.

3. Northgate West Condominium Association is prohibited from collecting attorney fees and costs from the Debtor for responding to the underlying objection, providing a payoff of the secured claim to HAF, and rectifying the secured payoff to HAF.

4. Erin Lane of Washington Law Group, LLC is awarded attorney's fees of $1015.00. Northgate West Condominium Association shall pay those fees to Washington Law Group LLC by September 6, 2023.

///END OF ORDER///

Proposed by:

*/s/ Erin Lane*
_____
Erin Lane, WSBA #42504
Attorney for Debtor

OBJECTION TO NOTICES ORDER - 2

Washington Law Group, LLC
2319 N 45th St Ste 215A
Seattle, WA 98103

(206) 686.6054
(206) 400.7919

Case 20-11939-TWD    Doc 88-1    Filed 08/08/23    Ent. 08/08/23 10:30:18    Pg. 2 of 2