Entered on Docket August 9, 2023

**DENIED.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# IN THE UNITED STATE BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | **CASE NO. 20-11939-TWD** |
| Emilie Villa Ignacio Padiernos | **ADVERSARY CASE NO 22-01039-TWD** |
| DEBTOR. | PROPOSED ORDER EX PARTE MOTION TO SHORTEN TIME ON DEBTOR'S OBJECITON TO NORTHGATE WEST CONDOMINIUM ASSOCIATION'S NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES, NOTICE OF SECURED DEBT PAYMENTS CHANGE FILED 6.15.2023 |

Order 1-

Washington Law Group, PLLC
2319 N 45th ST Ste 215A
Seattle, WA 98103
Office: 206.686.6054
Fax: 206.400.7919

**DENIED.**

IT IS HEREBY ORDERED:

1. Debtor's Motion to Shorten time on Debtor's Objection to Northgate West Condominium Association's Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on July 27, 2023. Additionally, the Notice of Mortgage Payment Change (Claim #11) June 15, 2023 by Law Office of Strichartz Aspaas PLLC. is granted and shall be heard on the August 16, 2023 9:30 am hearing date with responses filed by 12:00 pm August 15, 2023.
2. The debtor shall provide notice of the underlying substantive motion to parties in interest no later than 24 hours after entry of the order shortening time.

///END OF ORDER///

Presented By:
/s/Erin Lane
Erin Lane WSBA 42504
Attorney for Debtors

Order 2-

Washington Law Group, PLLC
2319 N 45th ST Ste 215A
Seattle, WA 98103
Office: 206.686.6054
Fax: 206.400.7919