Entered on Docket August 10, 2023

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Emilie Villa Ignacio Padiernos,

        Debtor.

Case No. 20-11939- TWD

Chapter 13

AGREED ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF DISBURSEMENT OF HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT

THIS MATTER came before the Court on the debtor's Motion for Approval to Disburse Homeowner Assistance Funds (HAF) Grants and for Willful Violations of the Automatic Stay and Fed. R. Bankr. P. 3002.1 (ECF No. 81). Based on the record and for cause shown, it is

ORDERED that:

a) The debtor's Motion for Approval to Disburse Homeowner Assistance Funds (HAF) Grants is granted;

b) The Washington State Housing Finance Commission (Housing Finance Commission) may disburse HAF Grants directly to:

    1) Specialized Portfolio Servicing, Inc. (SPS) (ECF Claim No. 3); and

    2) $45,435.00 to Northgate West Condominium Association (Northgate West) in two separate payments:

        i) $18,000.00 to Northgate West to cure debtor's regular assessment account balance (ECF Claim No. 11); and

        ii) $27,435.00 for the special assessment account;

ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF DISBURSEMENT OF HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT

WASHINGTON LAW GROUP, PLLC
2319 N 45TH ST STE 215A
SEATTLE, WASHINGTON 98103
telephone (206) 686-6054

Case 20-11939-TWD    Doc 98    Filed 08/10/23    Ent. 08/10/23 13:28:06    Pg. 1 of 2

c) The $45,435.00 payment to Northgate West shall bring the debtor current through August 31, 2023 on all obligations to Northgate West under the terms of the debtor's Chapter 13 plan;

d) Northgate West will defer the remaining amount of any special assessment;

e) Within five days of the Housing Commission disbursing the funds, the debtor, her attorney and / or the Housing Finance Commission shall file a sworn declaration:

1) Attesting to:

i) The exact amounts the Housing Finance Commission paid;

ii) When the funds were paid; and

iii) To whom; and

2) That includes the properly redacted statements and / or reinstatements on which the Housing Commission based its decision on how much to disburse; and

f) The debtor's other requests for relief in the motion as to Northgate West are denied.

/ / END OF ORDER / /

Presented by:

*/s/ Erin Lane*
Erin Lane, WSBA #42504
Attorney for Debtor


Approved:

*/s/ Jennifer L. Aspaas*
Jennifer L. Aspaas, WSBA #26303
Attorney for Northgate West Condominium Association


No objection:

*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF DISBURSEMENT OF HOMEOWNER ASSISTANCE FUNDS (HAF)

WASHINGTON LAW GROUP, PLLC
2319 N 45TH ST STE 215A
SEATTLE, WASHINGTON 98103
telephone (206) 686-6054

Case 20-11939-TWD    Doc 98    Filed 08/10/23    Ent. 08/10/23 13:28:06    Pg. 2 of 2