The Honorable Timothy W. Dore
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Emilie Villa Ignacio Padiernos,

        Debtor.

Case No. 20-11939 - TWD

Chapter: 13

DECLARATION OF BRUCE MICHAEL RE DISTRIBUTION OF HOMEOWNER ASSISTANCE FUND GRANT

I, Bruce Michael, declare as follows:

1. I am the HAF Director for the Washington State HAF Program and have personal knowledge of the facts in this declaration and am competent and willing to testify to the trust thereof is called upon to do so.

2. On the 23rd of August, 2023, the Washington State Housing Finance Commission disbursed a Homeowner's Assistance Funds Grant ("HAF") in the amount of $14,564.53 via ACH to the mortgage servicer, Specialized Portfolio Servicing, Inc. ("SPS"), on behalf of her mortgage lender, CSMC 2019-RPL2 Trust.

3. On the 23rd of August, 2023, the Washington State Housing Finance Commission disbursed a Homeowner's Assistance Funds Grant ("HAF") in the amount of $18,000.00 via check to the homeowner association, Northgate West Condominium Association c/o Strichartz Aspaas PLLC to cure debtor's regular assessment account balance.

(Proposed) ORDER GRANTING DEBTOR'S
MOTION FOR APPROVAL TO DISBURSE
HOMEOWNER ASSISTANCE FUNDS (HAF)
GRANT

**HENRY & DEGRAAFF, P.S.**
113 CHERRY ST, PMB 58364
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595

Case 20-11939-TWD    Doc 99    Filed 09/04/23    Ent. 09/04/23 11:09:42    Pg. 1 of 2

4. On the 23rd of August, 2023, the Washington State Housing Finance Commission disbursed a Homeowner's Assistance Funds Grant ("HAF") in the amount of $27,435.00 via check to the homeowner association, Northgate West Condominium Association c/o Strichartz Aspaas PLLC to cure debtor's special assessment through August 31, 2023.

5. These HAF funds were paid to cure the reinstatement of mortgage arrears provide by SPS on account of a promissory note secured by a deed of trust on property located at 511300 1st Ave NE Unit 118, Seattle, WA 98125 and owned by Emilie Villa Ignacio Padiernos, the Chapter 13 debtor in this case. Additionally, the HAF funds were paid to bring the debtor current to Northgate West through August 31, 2023, on all obligations to Northgate West under the terms of the debtor's chapter 13 plan as outlined in the signed order dated August 10, 2023.

This declaration is made under penalty of perjury under the laws of the State of Washington this 4th of September, 2023 and executed at Irvine, California.

/s/Bruce Michael_____
Bruce Michael

(Proposed) ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL TO DISBURSE HOMEOWNER ASSISTANCE FUNDS (HAF) GRANT - 2

HENRY & DEGRAAFF, P.S.
113 CHERRY ST, PMB 58364
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595

Case 20-11939-TWD    Doc 99    Filed 09/04/23    Ent. 09/04/23 11:09:42    Pg. 2 of 2