

EXHIBIT A

Association: Northgate West
Unit Owner: Lumbera/Padiernos
Unit Number: 118

| DATE | ATTORNEY FEES | BALANCE | DESCRIPTION |
|---|---|---|---|
| 8/4/20 | $195.00 | $195.00 | 07/01/20 - 07/31/20 |
| 9/8/20 | $596.50 | $791.50 | 08/01/20 - 08/31/20 |
| 10/2/20 | $6,371.45 | $7,162.95 | 09/01/20 - 09/30/20 |
| 11/5/20 | $1,810.00 | $8,972.95 | 10/01/20 - 10/31/20 |
| 11/24/20 | $71.00 | $9,043.95 | 11/01/20 - 11/24/20 |
| 11/25/20 | ($162.50) | $8,881.45 | Adjust 08/04/20 |
| 11/25/20 | ($44.00) | $8,837.45 | Adjust 09/08/20 |
| 11/25/20 | ($5,201.45) | $3,636.00 | Adjust 10/02/20 |
| 11/25/20 | ($770.00) | $2,866.00 | Adjust 11/05/20 |
| 11/25/20 | ($71.00) | $2,795.00 | Adjust 11/24/20 |
| TOTALS: | | $2,795.00 | |