Fill in this information to identify the case:

Debtor 1    Emilie Villa-Ignacio Padiernos

Debtor 2 (Spouse, if filing)    _____

United States Bankruptcy Court for the: Western District of Washington

Case number    20-11939-TWD

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Northgate West Condominium Association    **Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 0 3

**Date of payment change:** Must be at least 21 days after date of this notice    04/01/2021

**New total payment:** Principal, interest, and escrow, if any    $ 960.24

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: Monthly Special Assessment

   Current mortgage payment: $ 516.56    New mortgage payment: $ 960.24

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  **Emilie Villa-Ignacio Padiernos**   Case number (if known) 20-11939-TWD
First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _(signature)_  Date 1/11/21
Signature

Print: **Michael A. Padilla**   Title **Attorney**
First Name  Middle Name  Last Name

Company **Strichartz Aspaas PLLC**

Address **2101 Fourth Avenue, Ste. 860**
Number  Street

**Seattle**  **WA**  **98121**
City  State  ZIP Code

Contact phone **206-388-0600**   Email **mike@condo-lawyers.com**