B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re  Emilie Villa-Ignacio-Padiemos ,  Case No. 20-11939-TWD
     Debtor
                                              Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Northgate West Condominium Association      **Court claim no.** (if known): 11

**Last four digits** of any number you use to identify the debtor's account:  8 4 0 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 01/11/2021
                                mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges |  | (1) $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) $ |
| 3. Attorney fees | 5/06/21-11/01/21 | (3) $ 3,672.50 |
| 4. Filing fees and court costs |  | (4) $ |
| 5. Bankruptcy/Proof of claim fees |  | (5) $ |
| 6. Appraisal/Broker's price opinion fees |  | (6) $ |
| 7. Property inspection fees |  | (7) $ |
| 8. Tax advances (non-escrow) |  | (8) $ |
| 9. Insurance advances (non-escrow) |  | (9) $ |
| 10. Property preservation expenses. Specify: |  | (10) $ |
| 11. Other. Specify: |  | (11) $ |
| 12. Other. Specify: |  | (12) $ |
| 13. Other. Specify: |  | (13) $ |
| 14. Other. Specify: |  | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_      Date 11/15/2021
Signature                            mm/dd/yyyy

Print: Michael A. Padilla      Title: Attorney for Creditor
      First Name   Middle Name   Last Name

Company: Strichartz Aspaas, PLLC

Address: 2101 Fourth Avenue Ste. 860
          Number           Street
          Seattle, WA 98121
          City                    State     ZIP Code

Contact phone: (206) 388-0600      Email: mike@condo-lawyers.com