# EXHIBIT A



## SUHRCO Residential Properties, L.L.C.

TO: Northgate West Condominium Owners

FROM: Northgate West Board of Directors and
Sharon Rystad, Community Association Management

DATE: November 11, 2020

RE: 2021 Budget Ratification Meeting

---

The Board of Directors for the Northgate West Condominium Homeowner's Association has worked diligently to prepare the Operating Budget for 2021. They have taken into consideration any projects that will be necessary to complete in 2021, as well as increases in services such as utilities and insurance, and funding the Reserve Account. The Board approved 2021 Budget is enclosed for your review.

A Meeting of all Homeowners will be held on:

**Date:** **November 24, 2020**
**Time:** **7:30 PM**
**Location:** **Zoom Meeting**

The purpose of this meeting of the Homeowners is to consider ratification of the 2021 Budget. Please note that unless the Owners to which a majority of the votes in the Association are allocated are represented at the Meeting and vote to reject the Budget, the Budget will be ratified, whether or not a quorum is present.

We encourage everyone to attend this important Meeting and look forward to seeing you there! Questions, please email me at sharonr@suhrco.com.

Sharon Rystad is inviting you to a scheduled Zoom meeting.

Topic: Northgate West - 2021 Budget Ratification Meeting

Join Zoom Meeting
https://us02web.zoom.us/j/83407710675?pwd=YjJRN09CU0VOUIJvT0ZSMCsyMlRpQT09

Meeting ID: 834 0771 0675
Passcode: 824541
One tap mobile
+12532158782,,83407710675#,,,,,,0#,,824541# US (Tacoma)
+16699006833,,83407710675#,,,,,,0#,,824541# US (San Jose)

Dial by your location
+1 253 215 8782 US (Tacoma)
+1 669 900 6833 US (San Jose)
+1 346 248 7799 US (Houston)
+1 301 715 8592 US (Washington D.C)
+1 312 626 6799 US (Chicago)
+1 929 205 6099 US (New York)
Meeting ID: 834 0771 0675
Passcode: 824541
Find your local number: https://us02web.zoom.us/u/klmrcrWQf

A Comprehensive Real Estate Company
2010 156th Avenue NE, Suite 100
Bellevue, Washington 98007
Telephone: (425) 455-0900
Fax: (425) 462-1943

# AGENDA

2021 BUDGET RATIFICATION MEETING
**Northgate West Condominiums Owners Association**
**November 24, 2020**

- Roll Call- 7:30pm

- Proof of Notice of Meeting

- Presentation of the 2021 Budget

- Ratification of the 2021 Budget

- Adjournment

# ANNUAL HOA BUDGET
## SUHRCO Residential Properties LLC

Association: **Northgate West**  
Budget Year: **2021**  
Prepared by: NGW BOD and Sharon Rystad  

Effective Date: 01/01/2021-12/31/2021  
Approved:  
Ratified:  

9 = total number of month used to build budget

| COA No. | CANGW | 2020 Budget | 2020 Jan - Sept | 2020 Forecasted | 2021 Budget | % Change |
|---|---|---|---|---|---|---|
| **GL Code** | **INCOME** | | | | | |
| | **Income** | | | | | |
| 4140 | Monthly Assessment | 415,370 | 311,527 | 415,370 | 482,386 | 16.13% |
| 4151 | Replacement Reserve Transfer | (140,000) | (105,000) | (140,000) | (140,000) | 0.00% |
| 4180 | Write Off/Misc Adjustments | - | - | $0 | - | 0.00% |
| | **TOTAL ASSESSMENTS** | 275,370 | 206,527 | 275,370 | 342,386 | 24.34% |
| | **Other Income** | | | | | |
| 4580 | Move In Fees | - | 600 | 800 | - | 0.00% |
| 4581 | Move Out Fees | - | - | - | - | |
| 4525 | Parking Income | - | - | - | 300 | |
| 4605 | Late Charges | - | 300 | 400 | - | 0.00% |
| 4652 | Remote and Key | - | 135 | 180 | - | |
| 4705 | Interest Income | - | 654 | 872 | 100 | 0.00% |
| | **TOTAL OTHER INCOME** | - | 1,689 | 2,252 | 400 | 0.00% |
| | **TOTAL INCOME** | 275,370 | 208,216 | 277,622 | 342,786 | 24.48% |
| | **EXPENSES** | | | | | |
| | **Payroll Expense** | | | | | |
| 5010 | Manager/Office | 24,000 | 25,708 | 34,277 | 36,504 | 52.10% |
| 5052 | Payroll Taxes | 4,700 | 4,009 | 5,345 | 5,400 | 14.89% |
| | **TOTAL PAYROLL** | 33,800 | 29,717 | 39,623 | 41,904 | 23.98% |
| | **Administrative** | | | | | |
| 5070 | Telephone | 4,500 | 2,965 | 3,953 | 4,200 | 0.00% |
| 5071 | Payroll Processing Charge | 832 | 686 | 915 | 832 | 0.00% |
| 5073 | Management Fees | 23,000 | 17,250 | 23,000 | 23,000 | 0.00% |
| 5075 | Bank Service Charges | 720 | 550 | 733 | 740 | 2.78% |
| 5076 | Postage | 250 | 172 | 229 | 250 | 0.00% |
| 5077 | Office Supplies | 400 | 732 | 976 | 600 | 50.00% |
| 5085 | Special Project Fees | - | 82 | 109 | - | 0.00% |
| 5087 | Other Admin/Printing/Photocopying | 400 | 267 | 356 | 400 | 0.00% |
| 5090 | Permits, Licenses & Fees | 610 | 600 | 610 | 610 | 0.00% |
| | **TOTAL ADMIN.** | 30,712 | 23,304 | 30,881 | 30,632 | -0.26% |
| | **Utilities** | | | | | |
| 5110 | Electricity | 14,700 | 7,659 | 10,212 | 11,500 | -21.77% |
| 5130 | Gas | 2,100 | 112 | 2,000 | 2,100 | 5.00% |
| 5140 | Water | 30,450 | 20,204 | 26,939 | 30,450 | 0.00% |
| 5142 | Sewer | 30,450 | 34,723 | 46,297 | 60,000 | 97.04% |
| 5156 | Cable | 500 | 375 | 500 | 1,930 | 0.00% |
| 5170 | Garbage | 17,240 | 11,446 | 15,261 | 17,300 | 0.35% |
| 5179 | Website / Internet | - | 46 | 46 | 600 | |
| | **TOTAL UTILITIES** | 95,440 | 74,565 | 101,255 | 123,880 | 29.80% |
| | **Maintenance** | | | | | |
| 5310 | Janitorial Service/Supplies | 500 | 301 | 401 | 500 | 0.00% |
| 5330 | Electrical Repair/Supplies | - | - | - | 500 | |
| 5335 | Lighting | 700 | 8,369 | 11,159 | 700 | 0.00% |
| 5345 | Dryer Vent Cleaning | 2,000 | 1,833 | 2,000 | 2,000 | 0.00% |
| 5360 | Plumbing Repair/Supplies | 1,600 | 4,154 | 5,539 | 1,600 | 0.00% |
| 5390 | Pest Control | 1,200 | 1,575 | 2,100 | 500 | -58.33% |
| 5400 | Carpet/Floor Cleaning/Repr | 1,500 | 670 | 1,500 | - | -100.00% |
| 5430 | Parking Area Repair/Maint | 500 | - | 500 | 500 | 0.00% |
| 5440 | Roof Repair/Maint | 3,000 | 1,778 | 2,371 | 3,000 | 0.00% |
| 5445 | Gutter Cleaning | - | - | - | 3,000 | 0.00% |
| 5450 | Window & Glass/Wash/Rpr/Mai | 3,600 | - | 3,600 | 3,600 | 0.00% |
| 5460 | Door and Hardware | - | 672 | 800 | - | |
| 5490 | Elevator | 700 | 7,679 | 700 | 8,320 | 1088.57% |
| 5492 | Elevator Additional | - | - | - | - | 0.00% |
| 5495 | General Repairs & Supplies | 5,000 | 35 | 47 | 5,000 | 0.00% |
| 5500 | General Maintenance | 25,000 | 16,004 | 20,000 | 21,000 | -16.00% |
| 5502 | Chimney Inspections | - | 1,189 | - | - | 0.00% |
| 5506 | Snow Removal | - | - | - | - | 0.00% |
| 5510 | Life and Safety System | 6,000 | 2,270 | 3,027 | 4,000 | -33.33% |
| 5515 | Life and Safety Monitoring | 700 | - | - | 1,682 | 0.00% |
| 5610 | Landscaping Contract | - | - | - | - | |
| 5650 | Tree Trimming and Removal | 1,500 | - | - | 1,500 | 0.00% |
| 5660 | Other Landscaping | 5,000 | 19,092 | 25,456 | 5,000 | 0.00% |
| 5661 | Irrigation Repairs and Maint | 4,000 | - | 2,500 | 4,000 | 0.00% |
| 5750 | Pool Chemicals & Supplies | 1,100 | 700 | 933 | 1,100 | 0.00% |
| 5751 | Pool Maintenance | 350 | 233 | 311 | - | 0.00% |
| 5855 | Alarm Monitoring | 500 | 105 | 140 | 500 | 0.00% |
| 5910 | Annual Maintenance | - | 548 | 600 | - | 0.00% |
| | **TOTAL MAINT.** | 64,450 | 67,207 | 83,683 | 68,002 | 5.51% |
| | **Professional Fees** | | | | | |
| 6310 | Legal | 3,000 | 9,066 | 12,088 | 3,000 | 0.00% |
| 6330 | Audit | 2,450 | - | 2,200 | 2,450 | 0.00% |

| Code | Item | | | | | |
|------|------|---:|---:|---:|---:|---:|
| 6350 | Reserve Study | 1,418 | - | 1,418 | 1,418 | 0.00% |
| 6390 | Additional management services | 500 | - | 500 | 500 | 0.00% |
| | **TOTAL PROFESSIONAL** | 7,368 | 9,066 | 16,206 | 7,368 | 0.00% |
| | **Taxes** | | | | | |
| 7136 | Federal Income Taxes | - | 67,000 | 67,000 | - | 0.00% |
| | **TOTAL TAXES** | - | 67,000 | 67,000 | - | 0.00% |
| | **Insurance** | | | | | |
| 7142 | Insurance - Property | 40,000 | 45,772 | 45,772 | 46,000 | 15.00% |
| 7142-000 | Insurance | - | - | - | 25,000 | |
| | **TOTAL INSURANCE** | 40,000 | 45,772 | 45,772 | 71,000 | 77.50% |
| | **TOTAL EXPENSES** | 271,770 - | 316,631 - | 384,420 - | 342,786 | 26.13% |
| | **RESERVES CONTRIBUTION** | 140,000 | 66,667 | 100,000 | 140,000 | 0.00% |
| | **ADDITIONAL CONTRIBUTION** | - | | | - | 0.00% |
| | **NET TO RESERVES** | 140,000 | | 100,000 | 140,000 | 0.00% |

without the prior written consent of SUHRCO Residential Properties, LLC. The view or opinions expressed are the author's own and may not reflect the views or opinions of SUHRCO Residential Properties, LLC. All information is indicative only, and information may be based on assumptions and market conditions which may change without notice. No part of the information is to be construed as a guarantee of performance. Except as provided by law, no member of the SUHRCO Residential Properties, LLC makes any warranty or guarantee as to the accuracy or suitability of this information and accepts no responsibility for errors or misstatements, negligent or otherwise.

# ANNUAL HOA BUDGET
SUHRCO Residential Properties LLC

**Association:** Northgate West    **Effective Date:** 01/01/2021-12/31/2021    **Prepared by:** Sharon Rystad
**Budget Year:** 2021    **Approved/Ratified:** _____

## Unit Allocation
## Monthly Assessment Summary

| Ownership | | Monthly Totals | | Change | |
|---|---|---|---|---|---|
| Unit Number | Owner Percentage of Interest | 2020 Total | 2021 Total | Dollar Change | Percentage Change |
| 101 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 102 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 103 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 104 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 105 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 106 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 107 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 109 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 111 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 112 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 113 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 114 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 115 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 116 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 117 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 118 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 119 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 120 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 121 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 122 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 123 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 124 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 125 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 127 | 1.285% | 444.79 | 516.56 | 71.76 | 16.13% |
| 201 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 202 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 203 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 204 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 205 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 206 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 207 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 209 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 211 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 212 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 213 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 214 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 215 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 216 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 217 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 218 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 219 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 220 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 221 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 222 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 223 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 224 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 225 | 1.402% | 485.29 | 563.59 | 78.30 | 16.13% |
| 227 | 1.401% | 484.94 | 563.19 | 78.24 | 16.13% |
| 301 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 302 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 303 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 304 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 305 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 306 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 307 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 309 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 311 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 312 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 313 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 314 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 315 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 316 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 317 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |

# ANNUAL HOA BUDGET

SUHRCO Residential Properties LLC

**Association:** Northgate West  **Effective Date:** 01/01/2021-12/31/2021  **Prepared by:** Sharon Rystad
**Budget Year:** 2021  **Approved/Ratified:** _____

## Unit Allocation
## Monthly Assessment Summary

| Ownership | | Monthly Totals | | Change | |
|---|---|---|---|---|---|
| Unit Number | Owner Percentage of Interest | 2020 Total | 2021 Total | Dollar Change | Percentage Change |
| 318 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 319 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 320 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 321 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 322 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 323 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 324 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 325 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| 327 | 1.480% | 512.29 | 594.94 | 82.65 | 16.13% |
| | 100% | | | | |
| | | 34,614.17 | 40,198.83 | | |

## Reserve Disclosure by Unit

Reserve Funding breakdown by unit is intended to show funds contributed, projeced to be contributed, and ideal "full funding" contribution. These funds *do not* belong to individual units; the funds belong to the Association for future projects.

| Ownership | | Reserve Breakdown | | | Comparative | | |
|---|---|---|---|---|---|---|---|
| UNIT # | CEL % | Reserve Funding by Unit | Starting Reserve Balance by Unit | Ending Reserve Balance by Unit | Fully Funded Reserve Balance by Unit | Reserve Deficiency / Surplus (comp. to RS) | |
| 101 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | Average Reserve Deficit/Surplus based on Reserve Disclosure Report attached seperately. Actual Deficit/Surplus is reflected per unit |
| 102 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 103 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 104 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 105 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 106 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 107 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 109 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 111 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 112 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 113 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 114 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 115 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 116 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 117 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 118 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 119 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 120 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 121 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 122 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 123 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 124 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 125 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 127 | 1.285% | 1,799.00 | 30,263.72 | 32,062.72 | 9,478.96 | 20,784.76 | |
| 201 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 202 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 203 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 204 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 205 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 206 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 207 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 209 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 211 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 212 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 213 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 214 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 215 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 216 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 217 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 218 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 219 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 220 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 221 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 222 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 223 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 224 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 225 | 1.402% | 1,962.80 | 33,019.25 | 34,982.05 | 10,342.02 | 22,677.22 | |
| 227 | 1.401% | 1,961.40 | 32,995.69 | 34,957.09 | 10,334.64 | 22,661.05 | |
| 301 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 302 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 303 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 304 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 305 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 306 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 307 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 309 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 311 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 312 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 313 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 314 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 315 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |
| 316 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 | |

| UNIT # | CEL % | Reserve Funding by Unit | Starting Reserve Balance by Unit | Ending Reserve Balance by Unit | Fully Funded Reserve Balance by Unit | Reserve Deficiency / Surplus (comp. to RS) |
|---|---|---|---|---|---|---|
| 317 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 318 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 319 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 320 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 321 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 322 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 323 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 324 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 325 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| 327 | 1.480% | 2,072.00 | 34,856.26 | 36,928.26 | 10,917.40 | 23,938.87 |
| | 100% | 140,000.00 | 2,355,153.00 | 2,495,153.00 | 737,662.00 | 1,617,491.00 |

| | |
|---|---|
| Net to Reserves: | 140,000.00 |
| 2021 Starting Reserve Balance: | 2,355,153.00 |
| 2021 Ending Reserve Balance | 2,495,153.00 |
| 2021 Fully Funded Reserve Balance (based on RS) | 737,662.00 Based on 2020 Reserve Study |