UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | Chapter 13 |
| --- | --- |
| EMILIE VILLA-IGNACIO PADIERNOS, | Case No. 20-11939-TWD |
| Debtor. | PROOF OF SERVICE |

I, Jessica Richards hereby declare that I have transmitted copies of Northgate West Condominium Association's Notice of Mortgage Payment Change and this Proof of Service on the below listed entities in the manner shown on January 6th, 2021:

<u>Via ECF</u>:
Jason Wilson-Aguilar:      courtmail@seattlech13.com
Erin Lane:                 ErinL@washingtonstateattorneys.com
United States Trustee:     USTPRegion18.SE.ECF@usdoj.gov
Lance Olsen:               bknotice@mccarthyholthus.com

<u>By First Class Mail</u>:
Emilie Villa-Ignacio Padiernos
11300 181 Ave NE #118
Seattle, WA 98125

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 6th day of January, 2021 at Seattle, Washington.

_____
Jessica Richards

PROOF OF SERVICE - 1

STRICHARTZ ASPAAS PLLC
2101 FOURTH AVENUE
SUITE 860
SEATTLE, WA 98121
206.388.0600; FAX 206.286-2650

Case 20-11939-TWD    Doc -2    Filed 01/06/21    Ent. 01/06/21 15:57:05    Pg. 1 of 1