Fill in this information to identify the case:

Debtor 1    Emilie Villa-Ignacio Padiernos

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington

Case number   20-11939-TWD

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Northgate West Condominium Association    **Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:    8 4 0 3

**Date of payment change:**
Must be at least 21 days after date of this notice    04/01/2021

**New total payment:**    $ 960.24
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Monthly Special Assessment

   Current mortgage payment: $ 516.56    New mortgage payment: $ 960.24

| Debtor 1 | Emilie Villa-Ignacio Padiernos | Case number (if known) 20-11939-TWD |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _____  Date 1/11/21
Signature

Print: Michael A. Padilla          Title Attorney
       First Name   Middle Name   Last Name

Company: Strichartz Aspaas PLLC

Address: 2101 Fourth Avenue, Ste. 860
         Number   Street
         Seattle                WA    98121
         City                   State ZIP Code

Contact phone 206-388-0600       Email mike@condo-lawyers.com