**Fill in this information to identify the case:**

Debtor 1    Emilie Villa-Ignacio-Padiemos

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington

Case number   20-11939-TWD

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Northgate West Condominium Association    **Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:    8   4   0   3

**Date of payment change:**
Must be at least 21 days after date of this notice    01/01/2022

**New total payment:**
Principal, interest, and escrow, if any    $    990.68

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: Regular Monthly Assessment Increase to $547.00 (no change other mo. amounts)

   Current mortgage payment: $ _____ 960.24    New mortgage payment: $ _____ 990.68

Case 20-11939-TWD   Doc   Filed 02/28/22   Ent. 02/28/22 13:28:22   Pg. 1 of 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _Michael A. Padilla (signature)_          Date _2/28/22_
  Signature

Print:    __Michael A. Padilla__                Title __Attorney__
       First Name     Middle Name     Last Name

Company  __Strichartz Aspaas, PLLC__

Address  __2101 Fourth Avenue, Ste. 860__
       Number      Street
       __Seattle__           __WA__    __98121__
       City           State    ZIP Code

Contact phone __206-388-0600__          Email __mike@condo-lawyers.com__