

## SUHRCO Residential Properties, L.L.C.

TO: Northgate West Condominium Owners
FROM: Northgate West Board of Directors and
Caroline Jones, Community Association Manager
DATE: November 04, 2021
RE: 2022 Budget Ratification Meeting

---

The Board of Directors for the Northgate West Condominium Homeowner's Association has worked diligently to prepare the Operating Budget for 2022. They have taken into consideration any projects that will be necessary to complete in 2022, as well as increases in services such as utilities and insurance, and funding the Reserve Account. The Board approved 2022 Budget is enclosed for your review.

A Meeting of all Homeowners will be held on:

**Date:** **November 18, 2021**
**Time:** **7:30 PM**
**Location:** **Zoom Meeting**

The purpose of this meeting of the Homeowners is to consider ratification of the 2022 Budget. Please note that unless the Owners, to which a majority of the votes in the Association are allocated, are represented at the Meeting and vote to reject the Budget, the Budget will be ratified, whether or not a quorum is present.

We encourage everyone to attend this important Meeting and look forward to seeing you there! Questions; please email me at carolinej@suhrco.com.

Topic: Northgate West - 2022 Budget Ratification Meeting

Join Zoom Meeting
https://us02web.zoom.us/j/86513832107?pwd=ZE50N2lxNzVaTG5pZ2kwRE9EREdzdz09

Meeting ID: **865 1383 2107**    Passcode: **420251**
One tap mobile
+12532158782,,86513832107#,,,,*420251# US (Tacoma)
+16699009128,,86513832107#,,,,*420251# US (San Jose)

Dial by your location
+1 253 215 8782 US (Tacoma)
+1 669 900 9128 US (San Jose)
+1 346 248 7799 US (Houston)
+1 312 626 6799 US (Chicago)
+1 646 558 8656 US (New York)
+1 301 715 8592 US (Washington DC)
Meeting ID: **865 1383 2107**    Passcode: **420251**
Find your local number: https://us02web.zoom.us/u/k6NDtH2gN

A Comprehensive Real Estate Company
2010 156th Avenue NE, Suite 100
Bellevue, Washington 98007
Telephone: (425) 455-0900
Fax: (425) 462-1943

# AGENDA

2022 BUDGET RATIFICATION MEETING
**Northgate West Condominiums Owners Association**
**November 18, 2021**

- Roll Call- 7:30pm

- Proof of Notice of Meeting

- Presentation of the 2022 Budget

- Ratification of the 2022 Budget

- Adjournment

# ANNUAL HOA BUDGET
SUHRCO Residential Properties LLC

Association: **Northgate West**
Budget Year: **2022**
Effective Date: 01/01/2022-12/31/2022
Approved:
Ratified:
Prepared by: Draft by: Caroline Jones & Marcel Scheel

8 = total number of month used to build budget

| COA No. | GL Code | CANGW | 2021 Budget | 2021 Jan - Aug | 2021 Forecasted | 2022 Budget | % Change | Comments |
|---|---|---|---|---|---|---|---|---|
| | | **INCOME** | | | | | | |
| | | Income | | | | | | |
| | 4140 | Monthly Assessment | 482,386 | 321,594 | 482,386 | 510,820 | 5.89% | |
| | 4151 | Replacement Reserve Transfer | (140,000) | (93,333) | (140,000) | (140,000) | 0.00% | |
| | 4180 | Write Off/Misc Adjustments | - | - | $0 | | 0.00% | |
| | | TOTAL ASSESSMENTS | 342,386 | 228,261 | 342,386 | 370,820 | 8.30% | |
| | | Other Income | | | | | | |
| | 4575 | Legal Fees | - | 2,491 | 2,500 | - | 0.00% | Collection Legal Fee Income - Offset by expense |
| | 4580 | Move In Fees | - | 600 | 900 | - | 0.00% | Non-Guaranteed source of income |
| | 4525 | Parking Income | 300 | - | - | 300 | 0.00% | Parking Rent $25 Monthly Unit 116 |
| | 4605 | Late Charges | - | 150 | 225 | - | 0.00% | Non-Guaranteed source of income |
| | 4698 | Other Income/Miscellaneous | - | 200 | 200 | - | 0.00% | Other Owner receivables |
| | 4705 | Interest Income | 100 | 140 | 210 | 210 | 0.00% | Interest on reserve Funds .01% |
| | | TOTAL OTHER INCOME | 400 | 3,581 | 4,035 | 510 | 0.00% | |
| | | TOTAL INCOME | 342,786 | 231,842 | 346,421 | 371,330 | 8.33% | |
| | | **EXPENSES** | | | | | | |
| | | Payroll Expense | | | | | | |
| | 5010 | Manager/Office | 36,504 | 21,738 | 32,607 | 36,504 | 0.00% | Assumes Staffing on site |
| | 5052 | Payroll Taxes | 5,400 | 2,916 | 4,374 | 5,400 | 0.00% | |
| | 5053 | Employee Benefits, Health Insurance | - | - | - | - | 0.00% | If F/T add in $5500 |
| | | TOTAL PAYROLL | 41,904 | 24,654 | 36,981 | 41,904 | 0.00% | |
| | | Administrative | | | | | | |
| | 5070 | Telephone | 4,200 | 2,709 | 4,064 | 672 | 0.00% | Century Link, Staff Phone, Emergency Phone $350 Mo |
| | 5070-001 | Alarm Lines/Emergency Tele | | | | | 0.00% | |
| | 5071 | Payroll Processing Charge | 832 | 553 | 830 | 850 | 2.18% | ADP Processing Charges |
| | 5073 | Management Fees | 23,000 | 15,333 | 23,000 | 23,690 | 3.00% | SUHRCO Residential Properties LLC |
| | 5074 | Late Charges Fee | - | - | - | - | | |
| | 5074-002 | Setup Fees | - | - | - | - | | |
| | 5074-003 | Special Assessment Fee | - | - | - | - | | |
| | 5075 | Bank Service Charges | 740 | 480 | 720 | 740 | 0.00% | Columbia Bank Retail Lock Box charges |
| | 5076 | Postage | 250 | 232 | 348 | 350 | 40.00% | Periodic mailings, Annual Meeting, Budget meeting notice |
| | 5077 | Office Supplies | 600 | 352 | 528 | 600 | 0.00% | My Green Condo Portal Fees $50 mo |
| | 5080 | Additional Service Charges | - | - | - | - | | |
| | 5084 | Education | - | 310 | 310 | 325 | | CAI Training |
| | 5087 | Other Admin/Printing/Photocopying | 400 | 261 | 392 | 400 | 0.00% | |
| | 5090 | Permits, Licenses & Fees | 610 | 1,402 | 1,402 | 1,450 | 137.70% | Pool permit, Wade pool permit and annual secretary of state renewal |
| | 5097 | Other Office | - | - | - | - | #DIV/0! | |
| | | TOTAL ADMIN | 31,232 | 21,984 | 32,119 | 29,077 | -6.90% | |
| | | Utilities | | | | | | |
| | 5110 | Electricity | 11,500 | 3,027 | 4,541 | 11,500 | 0.00% | this has been lower in 2021 due to pool not in use |
| | 5130 | Gas | 2,100 | 86 | 2,000 | 2,100 | 0.00% | this has been lower in 2021 due to pool not in use |
| | 5140 | Water | 30,450 | 13,130 | 26,695 | 30,450 | 0.00% | this has been lower in 2021 due to pool not in use |
| | 5142 | Sewer | 60,000 | 32,942 | 56,413 | 60,000 | 0.00% | Average $5K Mo |
| | 5156 | Cable | 1,930 | 877 | 1,316 | 3,900 | 102.07% | Comcast $325 Mo. |
| | 5170 | Garbage | 17,300 | 9,975 | 14,963 | 17,400 | 0.58% | City of Seattle $1445 Mo. |
| | 5179 | Website / Internet | 600 | - | 46 | - | -100.00% | My Green Condo moved to 5077 |
| | | TOTAL UTILITIES | 123,880 | 60,037 | 105,973 | 125,350 | 1.19% | |
| | | Maintenance | | | | | | |
| | 5310 | Janitorial Service/Supplies | 500 | 7,112 | 10,668 | 500 | 0.00% | Budget Assumes Staffing - See payroll |
| | 5330 | Electrical Repair/Supplies | 500 | - | - | 500 | | |
| | 5335 | Lighting | 700 | - | - | 700 | 0.00% | Lighting Enhancements in 2022 |
| | 5345 | Dryer Vent Cleaning | 2,000 | - | 2,000 | 2,000 | 0.00% | Dryer Vent Cleaning- Annually- to be completed for 2019 (DVS) |
| | 5360 | Plumbing Repair/Supplies | 1,600 | 827 | 1,241 | 1,600 | 0.00% | |
| | 5390 | Pest Control | 500 | 704 | 1,056 | 1,000 | 100.00% | As needed- No contract |
| | 5430 | Parking Area Repair/Maint | 500 | 245 | 368 | 500 | 0.00% | Small repairs and striping if needed |
| | 5440 | Roof Repair/Maint | 3,000 | - | - | 3,000 | 0.00% | Placeholder for repairs |
| | 5445 | Gutter Cleaning | 3,000 | - | - | 3,000 | 0.00% | Gutter Cleaning- Roof drains to be cleaned with window washing |
| | 5450 | Window & Glass/Wash/Rpr/Mai | 3,600 | - | - | 3,600 | 0.00% | All exterior windows, interior lobby windows and roof drains (Gu-Wi did work 2020) |
| | 5460 | Door and Hardware | - | 683 | 1,025 | - | | Periodic building lock changes |
| | 5490 | Elevator | 8,320 | 9,637 | 14,456 | 14,500 | 74.28% | Thyssen Krupp Contract - Plus additional maintenance, repair and response. |
| | 5495 | General Repairs & Supplies | 5,000 | 191 | 287 | 5,000 | 0.00% | deferred Maint in 2021 |
| | 5500 | General Maintenance | 21,000 | 20,139 | 30,209 | 20,000 | -4.76% | General Maintenance not otherwise categorized |
| | 5510 | Life and Safety System | 4,000 | - | - | 4,000 | 0.00% | Annual Inspections, repair and Fire Code compliance inspections |
| | 5515 | Life and Safety Monitoring | 1,682 | 314 | 4,000 | 1,682 | 0.00% | Fire Extinguisher replacements in 2021 Deferred |
| | 5610 | Landscaping Contract | - | - | - | - | | No landscaping contract was approved. |
| | 5650 | Tree Trimming and Removal | 1,500 | - | - | 1,500 | 0.00% | |
| | 5660 | Other Landscaping | 5,000 | 110 | 165 | 5,000 | 0.00% | Clean ups and leaf removal periodically? Color added and plantings when needed |
| | 5661 | Irrigation Repairs and Maint | 4,000 | - | - | 4,000 | 0.00% | Irrigation systems |
| | 5750 | Pool Chemicals & Supplies | 1,100 | - | - | 1,100 | 0.00% | Pool to be operational in 2022 |
| | 5751 | Pool Maintenance | - | - | - | - | 0.00% | Pool certification class for resident manager |
| | 5855 | Alarm Monitoring | 500 | 233 | 350 | 500 | 0.00% | Froula Alarm Systems |
| | 5925 | Water Damage remediation | - | 7,890 | 11,835 | 10,000 | 0.00% | Historical Water Damage claims cost. |
| | 5940 | Contingency Fund | - | - | - | 10,000 | | For unforseen happenings |
| | | TOTAL MAINT. | 68,002 | 48,085 | 77,657 | 93,682 | 37.76% | |
| | | Professional Fees | | | | | | |
| | 6310 | Legal | 3,000 | 12,743 | 13,000 | 10,000 | 233.33% | General Counsel |
| | 6330 | Audit | 2,450 | 2,450 | 2,450 | 2,450 | 0.00% | Stanford & Munkie- 2021 Audit and Tax filing |
| | 6350 | Reserve Study | 1,418 | - | 1,418 | 1,418 | 0.00% | 4 Year Plan- David Bach- 2020 completed |
| | 6390 | Additional management services | 500 | - | 500 | 500 | 0.00% | After hours meetings, insurance claim management, special projects, etc. |
| | | TOTAL PROFESSIONAL | 7,368 | 15,193 | 17,368 | 14,368 | 95.01% | |
| | | Taxes | | | | | | |
| | 7136 | Federal Income Taxes | - | 3,009 | 3,009 | - | 0.00% | Tax overpayment applied in 2021 $1377. |
| | | TOTAL TAXES | - | 3,009 | 3,009 | - | 0.00% | |
| | | Insurance | | | | | | |
| | 7142 | Insurance - Property | 46,000 | 60,863 | 60,863 | 66,949 | 45.54% | Farmers - 10% over projections- Pastel- master in June, EQ expires May -25k deductible |
| | | TOTAL INSURANCE | 71,000 | 60,863 | 60,863 | 66,949 | -5.71% | |
| | | TOTAL EXPENSES | 343,386 | 233,825 | 333,969 | 371,330 | 8.14% | |
| | | RESERVES CONTRIBUTION | 140,000 | | 100,000 | 140,000 | 0.00% | |
| | | ADDITIONAL CONTRIBUTION | - | | - | - | 0.00% | |
| | | NET TO RESERVES | 140,000 | | 100,000 | 140,000 | 0.00% | |

### 2022 Budgeted Reserve Expenses

| Code | Item | Amount | Comments |
|---|---|---|---|
| 9225 | Stucco Coating Consulting fees | $ - | Per Bach & Associates Reserve study for 2022 - Eliminated as part of project |
| 9225-001 | Tile Flooring Lobby refresh | $ 1,125.00 | Per Bach & Associates Reserve study for 2022 - Stay per David |
| 9225-002 | Irrigation System Major Overhaul | $ 11,818.00 | Per Bach & Associates Reserve study for 2022 - Stay per David |
| | Paint - Exterior | | Per Bach & Associates Reserve study for 2022 - Part of Project |
| | Plumbing - Domestic Water & Drain | $ 5,512.00 | Per Bach & Associates Reserve study for 2022 |
| | Intercom - Door Entry System | - | Per Bach & Associates Reserve study for 2022 (completed in 2021) |
| | Asphalt Resurface (50% Sound Transit) | $ 67,532.00 | Per Bach & Associates Reserve study for 2022 |
| | Carpet Replacements, hallqays, meeting rm, library, Stairways | $ 135,586.96 | 2021 reserve items deferred to 2022 - Carpet replacements +3% in 2022 |
| | Pool Equipment replace | $ 5,066.00 | Per Bach & Associates Reserve study for 2022 |
| | **TOTAL RESERVE EXPENSE 2022** | **$ 226,639.96** | |

The Association DOES NOT presently hold a reserve study update in compliance with RCW 64.90.560. This information is provided by SUHRCO Residential Properties, LLC for your benefit only and must not be disclosed without the prior written consent of SUHRCO Residential Properties, LLC. The view or opinions expressed are the author's own and may not reflect the views or opinions of SUHRCO Residential Properties, LLC. All information is indicative only, and information may be based on assumptions and market conditions which may change without notice. No part of the information is to be construed as a guarantee of performance. Except as provided by law, no member of the SUHRCO Residential Properties, LLC makes any warranty or guarantee as to the accuracy or suitability of this information and accepts no responsibility for errors or misstatements, negligent or otherwise.

# ANNUAL HOA BUDGET
## SUHRCO Residential Properties LLC

**Association:** Northgate West  **Effective Date:** 01/01/2022-12/31/2022  **Prepared by:** Draft by: Caroline Jones & Marcel Scheel
**Budget Year:** 2022  **Approved/Ratified:**

## Unit Allocation
## Monthly Assessment Summary

| Ownership | | Monthly Totals | | Change | |
|---|---|---|---|---|---|
| Unit Number | Owner Percentage of Interest | 2021 Total | 2022 Total | Dollar Change | Percentage Change |
| 101 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 102 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 103 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 104 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 105 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 106 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 107 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 109 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 111 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 112 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 113 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 114 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 115 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 116 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 117 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 118 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 119 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 120 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 121 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 122 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 123 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 124 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 125 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 127 | 1.285% | 516.56 | 547.00 | 30.45 | 5.89% |
| 201 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 202 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 203 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 204 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 205 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 206 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 207 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 209 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 211 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 212 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 213 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 214 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 215 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 216 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 217 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 218 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 219 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 220 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 221 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 222 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 223 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 224 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 225 | 1.402% | 563.59 | 596.81 | 33.22 | 5.89% |
| 227 | 1.401% | 563.19 | 596.38 | 33.20 | 5.89% |
| 301 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 302 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 303 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 304 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 305 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 306 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 307 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 309 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 311 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 312 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 313 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 314 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 315 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 316 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 317 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 318 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 319 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 320 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 321 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 322 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 323 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 324 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 325 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| 327 | 1.480% | 594.94 | 630.01 | 35.07 | 5.89% |
| | 100% | 40,198.83 | 42,568.36 | | |

# Reserve Disclosure by Unit

| Reserve Funding breakdown by unit is intended to show funds contributed, projected to be contributed, and ideal "full funding" contribution. These funds *do not* belong to individual units; the funds belong to the Association for future projects. |
|---|

| Ownership | | Reserve Breakdown | | | Comparative | | |
|---|---|---|---|---|---|---|---|
| UNIT # | CEL % | Reserve Funding by Unit | Starting Reserve Balance by Unit | Ending Reserve Balance by Unit | Fully Funded Reserve Balance by Unit | Reserve Deficiency / Surplus (comp. to RS) | |
| 101 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | Average Reserve Deficit/Surplus based on Reserve Disclosure Report attached seperately. Actual Deficit/Surplus is reflected per unit |
| 102 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 103 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 104 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 105 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 106 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 107 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 109 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 111 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 112 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 113 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 114 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 115 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 116 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 117 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 118 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 119 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 120 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 121 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 122 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 123 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 124 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 125 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 127 | 1.285% | 1,799.00 | 12,273.69 | 14,072.69 | 17,708.59 | -5,434.89 | |
| 201 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 202 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 203 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 204 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 205 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 206 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 207 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 209 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 211 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 212 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 213 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 214 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 215 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 216 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 217 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 218 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 219 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 220 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 221 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 222 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 223 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 224 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 225 | 1.402% | 1,962.80 | 13,391.22 | 15,354.02 | 19,320.96 | -5,929.74 | |
| 227 | 1.401% | 1,961.40 | 13,381.67 | 15,343.07 | 19,307.18 | -5,925.52 | |
| 301 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 302 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 303 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 304 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 305 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 306 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 307 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 309 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 311 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 312 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 313 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 314 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 315 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 316 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 317 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 318 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 319 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 320 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 321 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 322 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 323 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |
| 324 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 | |

| UNIT # | CEL % | Reserve Funding by Unit | Starting Reserve Balance by Unit | Ending Reserve Balance by Unit | Fully Funded Reserve Balance by Unit | Reserve Deficiency / Surplus (comp. to RS) |
|---|---|---|---|---|---|---|
| 325 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 |
| 327 | 1.480% | 2,072.00 | 14,136.23 | 16,208.23 | 20,395.88 | -6,259.65 |
|  | 100% | 140,000.00 | 955,151.00 | 1,095,151.00 | 1,378,100.00 | -422,949.00 |

| | |
|---|---|
| Net to Reserves: | 140,000.00 |
| 2022 Starting Reserve Balance: | 955,151.00 |
| 2022 Ending Reserve Balance | 1,095,151.00 |
| 2022 Fully Funded Reserve Balance (based on RS) | 1,378,100.00 Based on 2020 Reserve Study |