UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | |
|---|---|
| EMILIE VILLA-IGNACIO PADIERNOS, | Chapter 13<br>Case No. 20-11939-TWD |
| Debtor. | PROOF OF SERVICE |

I, Shinee Larsen hereby declare that I have transmitted copies of Northgate West Condominium Association's Notice of Mortgage Payment Change and this Proof of Service on the below listed entities in the manner shown on February 28, 2022:

<u>Via ECF</u>:
Jason Wilson-Aguilar:  courtmail@seattlech13.com
Erin Lane:  ErinL@washingtonstateattorneys.com
United States Trustee:  USTPRegion18.SE.ECF@usdoj.gov
Lance Olsen  bknotice@mccarthyholthus.com

<u>By First Class Mail</u>:
Emilie Villa Ignacio Padiernos
11300 1st Ave NE #118
Seattle, WA 98125

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 28th day of February, 2022 at Seattle, Washington.

_____
Shinee Larsen

PROOF OF SERVICE - 1

STRICHARTZ ASPAAS PLLC
2101 FOURTH AVENUE, SUITE 860
SEATTLE, WA 98121
206.388.0600  FAX 206.286-2650