

## SUHRCO Residential Properties, L.L.C.

TO: Northgate West Condominium Owners
FROM: Northgate West Board of Directors and
Amy Gannon, Community Association Manager
DATE: November 23, 2022
RE: 2023 Budget Ratification Meeting

---

The Board of Directors for the Northgate West Condominium Homeowner's Association has worked diligently to prepare the Operating Budget for 2022. They have taken into consideration any projects that will be necessary to complete in 2022, as well as increases in services such as utilities and insurance, and funding the Reserve Account. The Board approved 2022 Budget is enclosed for your review.

A Meeting of all Homeowners will be held on:

**Date:** **December 8, 2022**
**Time:** **7:30 PM**
**Location:** **Zoom Meeting**

The purpose of this meeting of the Homeowners is to consider ratification of the 2022 Budget. Please note that unless the Owners, to which a majority of the votes in the Association are allocated, are represented at the Meeting and vote to reject the Budget, the Budget will be ratified, whether or not a quorum is present.

We encourage everyone to attend this important Meeting and look forward to seeing you there! Questions; please email me at amyg@suhrco.com.

Topic: Northgate West - 2023 Budget Ratification Meeting

**Join Zoom Meeting**
https://us06web.zoom.us/j/81323976713?pwd=NDN3Wmkzb3FnVTVzQzBSY2pPUStWZz09

**Meeting ID: 813 2397 6713**
**Passcode: 079564**
**One tap mobile (253) 215-8782**

A Comprehensive Real Estate Company
2010 156th Avenue NE, Suite 100
Bellevue, Washington 98007
Telephone: (425) 455-0900
Fax: (425) 462-1943

# AGENDA

### 2023 BUDGET RATIFICATION MEETING
### Northgate West Condominiums Owners Association
### November 23, 2022

- Roll Call- 7:30pm

- Proof of Notice of Meeting

- Presentation of the 2023 Budget

- Ratification of the 2023 Budget

- Adjournment

# ANNUAL HOA BUDGET
## SUHRCO Residential Properties LLC

| | | |
|---|---|---|
| Association: | Northgate West | Effective Date: 01/01/2023-12/31/2023 | Prepared by: Board of Directors |
| Budget Year: | 2023 | Approval / Ratified: | |

| GL Code | Category | 2022 Budget | 2022 Jan-Oct | 2022 Forecasted | 2023 Budget | % Change | Comments |
|---|---|---|---|---|---|---|---|
| | **INCOME** | | | | | | 13 = total number of months used to build budget |
| | Income | | | | | | |
| 4140 | Monthly Assessment | 519,820 | 393,546 | 452,385 | 560,684 | 8.75% | Assessments are due on the first of each month |
| 4151 | Replacement Reserve Transfer | (140,000) | (93,333) | (140,000) | (140,000) | | 2023 Fully Funded Contribution |
| 4100 | Write Off/Misc Adjustments | - | - | 10 | - | | |
| | **TOTAL ASSESSMENTS** | 379,820 | 247,313 | 342,385 | 420,684 | 13.45% | |
| | Other Income | | | | | | |
| 4575 | Legal Fees | - | 841 | 1,129 | - | | Collections Legal Fee Income - Offset by expenses |
| 4580 | Move in Fees | - | 200 | 200 | - | | Non-Guaranteed source of Income |
| 4525 | Parking Income | 300 | - | - | - | | |
| 4625 | Late Charges | - | 60 | 80 | - | | Non-Guaranteed source of Income |
| 4530 | Other Income/Miscellaneous | - | 2,190 | 2,150 | - | | Expenses due from Homeowner - Claims reimbursements |
| 4705 | Interest Income | 210 | 29 | 35 | 210 | | Interest on reserve funds, 1% |
| | **TOTAL OTHER INCOME** | 510 | 3,310 | 3,774 | 210 | 0.00% | |
| | **TOTAL INCOME** | 371,330 | 255,723 | 346,160 | 420,894 | 13.36% | |
| | **EXPENSES** | | | | | | |
| | Payroll Expense | | | | | | |
| 5010 | Manager-On Site | 54,000 | 4,506 | 13,520 | 59,488 | | F/T Property Manger 10% Increase for 1/1/23 approved by Board |
| 5052 | Payroll Taxes | 5,400 | 509 | 611 | 5,400 | | |
| 5053 | Employee Benefits, Health Insurance | - | - | - | 5,500 | | If F/T add in $5500 |
| | **TOTAL PAYROLL** | 59,400 | 5,015 | 14,131 | 70,388 | 18.34% | |
| | Administrative | | | | | | |
| 5070 | Telephone | 3,400 | 2,924 | 3,509 | 4,250 | | Century Link, Staff Phone, Emergency Phone |
| 5071 | Payroll Processing Charge | 650 | 115 | 456 | 650 | | ADP Processing Charges |
| 5073 | Management Fees | 23,600 | 19,747 | 23,600 | 24,601 | | SUHRCO Residential Properties LLC |
| 5074 | Late Charges Fee | - | - | - | - | | |
| 5074-002 | Setup Fees | - | - | - | - | | |
| 5074-003 | Special Assessment Fee | - | - | - | - | | |
| 5015 | Bank Service Charges | 740 | 609 | 927 | 840 | | Columbia Bank Retail Lock Box charges |
| 5076 | Postage | 350 | 842 | 1,010 | 750 | | Periodic mailings, Annual Meeting, Budget meeting notice |
| 5077 | Office Supplies | 600 | 202 | 600 | 600 | | Ms Green Condo Portal Fees $50 mo. |
| 5083 | Additional Service Charges | - | - | - | - | | |
| 5084 | Education | 325 | 320 | 320 | 325 | | CAI Training |
| 5087 | Other Admin/Printing/Photocopying | 400 | 201 | 313 | 400 | | |
| 5090 | Permits, Licenses & Fees | 1,450 | 1,286 | 1,402 | 1,450 | | Pool permit, Waste pool permit and annual secretary of state renewal |
| 5037 | Other Office | - | - | - | - | | |
| | **TOTAL ADMIN** | 31,495 | 26,733 | 32,648 | 33,866 | 4.51% | |
| | Utilities | | | | | | |
| 3110 | Electricity | 11,500 | 10,142 | 12,170 | 12,995 | | 13% Estimated Increase |
| 5130 | Gas | 2,100 | 122 | 240 | 2,100 | | 5% Estimated Increase |
| 5140 | Water | 30,450 | 21,609 | 26,171 | 30,450 | | 5% Estimated Increase over actual estimated |
| 5142 | Sewer | 60,000 | 48,763 | 58,516 | 60,000 | | 5% Estimated Increase |
| 5158 | Cable | 3,900 | - | - | 3,900 | | 5% Estimated Increase |
| 5170 | Garbage | 17,400 | 15,123 | 19,349 | 18,720 | | 5% Estimated Increase $1550 mo |
| | **TOTAL UTILITIES** | 125,350 | 95,959 | 116,450 | 128,165 | 3.29% | |
| | Maintenance | | | | | | |
| 5310 | Janitorial Service/Supplies | 500 | 52,096 | 62,431 | 1,500 | | Assumes FT Manager on staff |
| 5330 | Electrical Repair/Supplies | 500 | - | - | 500 | | |
| 5335 | Lighting | 700 | - | - | 500 | | Lighting Enhancements in 2023 |
| 5345 | Dryer Vent Cleaning | 2,000 | - | 2,000 | 2,000 | | Dryer Vent Cleaning Annually to be completed for 2023 (2/5) |
| 5360 | Plumbing Repair/Supplies | 1,500 | - | - | 1,200 | | |
| 5330 | Pest Control | 1,000 | 894 | 1,075 | 1,200 | | As needed. No contract |
| 5430 | Parking Area Repair Maint | 500 | 245 | 294 | 500 | | Small repairs and striping if needed |
| 5442 | Roof Repair/Maint | 3,000 | - | - | 1,000 | | Placeholder for repairs |
| 5450 | Window & Glass/Wash/Rep Mat | 3,600 | - | - | 3,600 | | All exterior windows, interior lobby windows and roof doors |
| 5460 | Door and Hardware | - | 583 | 879 | 2,000 | | Periodic building lock changes |
| 5490 | Elevator | 14,500 | 11,281 | 13,537 | 15,250 | | Thyssen Krupp Contract 5% increase in 2023 - Plus additional maintenance, repair and re |
| 5495 | General Repairs & Supplies | 5,000 | 191 | 229 | 250 | | |
| 5500 | General Maintenance | 20,000 | 42,746 | 51,295 | 20,000 | | General Maintenance not otherwise categorized - Damage, repairs |
| 5510 | Life and Safety System | 4,000 | 545 | 4,000 | 4,000 | | Annual Inspections, repair and Fire Code compliance inspections |
| 5650 | Tree Trimming and Removal | 1,500 | - | - | 4,500 | | |
| 5660 | Other Landscaping | 3,000 | - | - | 5,000 | | Clean ups and leaf removal periodically? Color added and plantings when needed |
| 5661 | Irrigation Repairs and Maint | 4,000 | 398 | 478 | 2,500 | | Irrigation systems |
| 3750 | Pool Chemicals & Supplies | 1,500 | - | - | 1,100 | | Pool to be operational in 2023 |
| 5751 | Pool Maintenance | - | - | - | - | | Pool certification class for resident manager |
| 5855 | Alarm Monitoring | 500 | 445 | 534 | 500 | | Fire/Ia Alarm Systems |
| 5925 | Water Damage remediation | 10,000 | - | - | - | | Historical Water Damage claims cost |
| 5940 | Contingency Fund | 10,000 | - | - | 10,000 | | For unforeseen happenings |
| | **TOTAL MAINT** | 92,662 | 109,454 | 136,691 | 82,350 | -9.19% | |
| | Professional Fees | | | | | | |
| 6310 | Legal | 10,000 | 1,350 | 1,668 | 2,000 | | General Counsel |
| 6311 | Legal Fees for Collections | - | 1,094 | 1,315 | 1,500 | | |
| 6330 | Audit | 2,450 | - | 2,456 | 2,450 | | Stanford & Muriko 2023 Audit and Tax filing |
| 6350 | Reserve Study | 1,415 | - | 1,418 | 1,415 | | 2023 David Bach |
| 6390 | Additional management services | 500 | - | 500 | 500 | | After hours meetings, insurance claim management, special projects, etc. |
| | **TOTAL PROFESSIONAL** | 14,365 | 2,464 | 7,349 | 7,865 | -45.24% | |
| | Insurance | | | | | | |
| 7142 | Insurance - Property | 66,949 | 60,863 | 60,863 | 80,339 | 20.00% | Farmers - 20% over projections. Pastel- master in June, EQ expires May -25% deductible |
| | Earthquake | - | 17,708 | 17,708 | 17,708 | | Earthquake Policy - No projected increase |
| | **TOTAL INSURANCE** | 66,949 | 78,571 | 78,571 | 98,047 | 46.45% | |
| | **TOTAL EXPENSES** | 385,234 | 318,210 | 385,840 | 420,634 | 9.09% | |
| | **RESERVES CONTRIBUTION** | 140,000 | - | 140,000 | 140,000 | 0.00% | |
| | **ADDITIONAL CONTRIBUTION** | - | - | - | - | 0.00% | |
| | **NET TO RESERVES** | 140,000 | - | 140,000 | 140,000 | 0.00% | Full Funding - Per reserve Study |
| | **2022 Budgeted Reserve Expenses** | | | | | | Per Bach & Associates Reserve study for 2022 |

| FLEB-001 | Tile Flooring Lobby refresh | $ 1,125.00 | |
|---|---|---|---|
| | Paint - Exterior | Included in Reclad | |
| | Plumbing - Domestic Water & Drain | $ 5,512.00 | |
| | Intercom - Door Entry System | Included in Reclad | |
| | Carpet Replacements, hallways, meeting | $ 100,000.00 | |
| | HVAC | $ 14,594.00 | |
| | Pool Equipment replace | $ 133,325.00 | Includes Pool House |
| | **TOTAL RESERVE EXPENSE 2022** | $ 254,556.00 | |

The Association DOES NOT generally hold a reserve study unless in compliance with RCW 64.90.550. This information is provided by SUHRCO Residential Properties LLC for your benefit only and must not be disclosed without the prior written consent of SUHRCO Residential Properties LLC. The views or opinions expressed are the authors own and may not reflect the views or opinions of SUHRCO Residential Properties LLC. All information is collected only and information may be based on assumptions and market conditions which may change without notice. No part of the information is to be construed as a guarantee of performance. Except as provided by law, no member of the SUHRCO Residential Properties LLC makes any warranty or guarantees as to the accuracy or suitability of this information and accepts no responsibility for errors or inaccuracies, negligent or otherwise.

# ANNUAL HOA BUDGET
**SUHRCO Residential Properties LLC**

**Association:** Northgate West  **Effective Date:** 01/01/2023-12/31/2023  **Prepared by:** Board of Directors
**Budget Year:** 2023  **Approved/Ratified:** 11/18/2021

## Unit Allocation
## Monthly Assessment Summary

| Ownership | | Monthly Totals | | Change | |
| --- | --- | --- | --- | --- | --- |
| Unit Number | Owner Percentage of Interest | 2021 Total | 2022 Total | Dollar Change | Percentage Change |
| 101 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 102 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 103 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 104 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 105 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 106 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 107 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 109 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 111 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 112 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 113 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 114 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 115 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 116 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 117 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 118 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 119 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 120 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 121 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 122 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 123 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 124 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 125 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 127 | 1.285% | 547.00 | 600.40 | 53.40 | 9.76% |
| 201 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 202 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 203 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 204 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 205 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 206 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 207 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 209 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 211 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 212 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 213 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 214 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 215 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 216 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 217 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 218 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 219 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 220 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 221 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 222 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 223 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 224 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 225 | 1.402% | 596.81 | 655.07 | 58.26 | 9.76% |
| 227 | 1.401% | 596.38 | 654.60 | 58.22 | 9.76% |
| 301 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 302 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 303 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 304 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 305 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 306 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 307 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 309 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 311 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 312 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 313 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 314 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 315 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 316 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 317 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |

# ANNUAL HOA BUDGET
### SUHRCO Residential Properties LLC

**Association:** Northgate West  **Effective Date:** 01/01/2023-12/31/2023  **Prepared by:** Board of Directors
**Budget Year:** 2023  **Approved/Ratified:** 11/18/2021

## Unit Allocation
## Monthly Assessment Summary

| Ownership | | Monthly Totals | | Change | |
| --- | --- | --- | --- | --- | --- |
| Unit Number | Owner Percentage of Interest | 2021 Total | 2022 Total | Dollar Change | Percentage Change |
| 318 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 319 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 320 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 321 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 322 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 323 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 324 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 325 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| 327 | 1.480% | 630.01 | 691.51 | 61.50 | 9.76% |
| | 100% | | | | |
| | | 42,568.33 | 46,723.63 | | |

## Reserve Disclosure by Unit

Reserve Funding breakdown by unit is intended to show funds contributed, projeced to be contributed, and ideal "full funding" contribution. These funds *do not* belong to individual units; the funds belong to the Association for future projects.

| Ownership | | Reserve Breakdown | | | Comparative | | |
|---|---|---|---|---|---|---|---|
| UNIT # | CEL % | Reserve Funding by Unit | Starting Reserve Balance by Unit | Ending Reserve Balance by Unit | Fully Funded Reserve Balance by Unit | Reserve Deficiency / Surplus (comp. to RS) | |
| 101 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | Average Reserve Deficit/Surplus based on Reserve Disclosure Report attached seperately. Actual Deficit/Surplus is reflected per unit |
| 102 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 103 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 104 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 105 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 106 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 107 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 109 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 111 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 112 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 113 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 114 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 115 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 116 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 117 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 118 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 119 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 120 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 121 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 122 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 123 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 124 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 125 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 127 | 1.285% | 1,799.00 | 12,905.91 | 14,704.91 | 17,708.59 | -4,802.67 | |
| 201 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 202 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 203 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 204 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 205 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 206 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 207 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 209 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 211 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 212 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 213 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 214 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 215 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 216 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 217 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 218 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 219 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 220 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 221 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 222 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 223 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 224 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 225 | 1.402% | 1,962.80 | 14,081.00 | 16,043.80 | 19,320.96 | -5,239.96 | |
| 227 | 1.401% | 1,961.40 | 14,070.96 | 16,032.36 | 19,307.18 | -5,236.22 | |
| 301 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 302 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 303 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 304 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 305 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 306 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 307 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 309 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 311 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 312 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 313 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 314 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 315 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |
| 316 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 | |

| UNIT # | CEL % | Reserve Funding by Unit | Starting Reserve Balance by Unit | Ending Reserve Balance by Unit | Fully Funded Reserve Balance by Unit | Reserve Deficiency / Surplus (comp. to RS) |
|---|---|---|---|---|---|---|
| 317 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 318 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 319 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 320 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 321 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 322 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 323 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 324 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 325 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
| 327 | 1.480% | 2,072.00 | 14,864.39 | 16,936.39 | 20,395.88 | -5,531.49 |
|  | 100% | 140,000.00 | 1,004,351.00 | 1,144,351.00 | 1,378,100.00 | -373,749.00 |

| | | |
|---|---|---|
| Net to Reserves: | 140,000.00 | |
| 2023 Starting Reserve Balance: | 1,004,351.00 | 11,666.67 |
| 2023 Ending Reserve Balance | 1,144,351.00 | |
| 2023 Fully Funded Reserve Balance (based on RS) | 1,378,100.00 | Based on 2022 Reserve Study |