UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

EMILIE VILLA-IGNACIO PADIERNOS,

    Debtor.

Chapter 13

Case No. 20-11939

PROOF OF SERVICE

    I, Rohana Fines, declare that I have served the Notice of Mortgage Payment Change dated June 6, 2023 and this Proof of Service on the below listed entities in the manner shown on the below date:

<u>Via ECF</u>:
Jason Wilson-Aguilar:     courtmail@seattlech13.com
Erin Lane:     ErinL@washingtonstateattorneys.com
United States Trustee:     USTPRegion18.SE.ECF@usdoj.gov
Lance Olsen     bknotice@mccarthyholthus.com

<u>By First Class Mail</u>:
Emilie Villa Ignacio Padiernos
11300 1st Ave NE #118
Seattle, WA 98125

    I declare under penalty of perjury under the laws of the United States that the

//

PROOF OF SERVICE - 1

STRICHARTZ ASPAAS PLLC
200 FIRST AVENUE WEST
SUITE 260
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 388-0600

Case 20-11939-TWD    Doc -2    Filed 06/15/23    Ent. 06/15/23 14:57:55    Pg. 1 of 2

1 foregoing is true and correct.

2     EXECUTED at Seattle, Washington this 15th day of June, 2023.

3

4 _____
   Rohana Fines

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 PROOF OF SERVICE - 2

**STRICHARTZ ASPAAS PLLC**
200 FIRST AVENUE WEST
SUITE 260
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 388-0600