| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Emilie Villa-Ignacio Padiernos |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number | 20-11939-TWD |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Northgate West Condominium Association      **Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:  8  4  0  3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 11/15/2021

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 3/7/23 to 7/27/2023 | (3) | $ 6,863.07 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2         Notice of Postpetition Mortgage Fees, Expenses, and Charges         page 1

Debtor 1  Emilie Villa-Ignacio Padiernos          Case number (if known) 20-11939-TWD
         First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Jennifer Aspaas                              Date 7/26/2023
  Signature

Print:  Jennifer L. Aspaas                         Title  Attorney
        First Name   Middle Name   Last Name

Company  Strichartz Aspaas PLLC

Address  200 First Avenue West, Suite 260
         Number        Street
         Seattle                    WA      98119
         City                       State   ZIP Code

Contact phone  206-388-0600                        Email  Jennifer@condo-lawyers.com

# ASSESSMENT ACCOUNT LEDGER

| NAME: | Emile Villa-Ignacio Padiernos 118 | BUILDING | NORTHGATE WEST | | | |
|---|---|---|---|---|---|---|
| DATE | MONTHLY ASSESSMENT | SPECIAL ASSESSMENT | LATE CHARGE | OTHER CHG | DESCRIPTION | PAYMENT | BALANCE |
| PAGE 1 | | | | 12/14/11 | BALANCE FORWARD | | $0.00 |
| 04/05/23 | | | | 92.60 | Attorney Fees | | $92.60 |
| 05/03/23 | | | | 50.00 | Attorney Fees | | $142.60 |
| 06/01/23 | | | | 1773.00 | Attorney Fees | | $1,915.60 |
| 07/09/23 | | | | 2699.47 | Attorney Fees | | $4,615.07 |
| 07/26/23 | | | | 2248.00 | Attorney Fees | | $6,863.07 |