# ASSESSMENT ACCOUNT LEDGER

| NAME: Emile Villa-Ignacio Padiernos 118 | | | | BUILDING | NORTHGATE WEST | | |
|---|---|---|---|---|---|---|---|
| DATE | MONTHLY ASSESSMENT | SPECIAL ASSESSMENT | LATE CHARGE | OTHER CHG | DESCRIPTION | PAYMENT | BALANCE |
| PAGE 1 | | | | 12/14/11 | BALANCE FORWARD | | $0.00 |
| 04/05/23 | | | | 92.60 | Attorney Fees | | $92.60 |
| 05/03/23 | | | | 50.00 | Attorney Fees | | $142.60 |
| 06/01/23 | | | | 1773.00 | Attorney Fees | | $1,915.60 |
| 07/09/23 | | | | 2699.47 | Attorney Fees | | $4,615.07 |
| 07/26/23 | | | | 2248.00 | Attorney Fees | | $6,863.07 |