UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

EMILIE VILLA-IGNACIO PADIERNOS,

    Debtor.

Chapter 13

Case No. 20-11939

PROOF OF SERVICE

I, Rohana Fines, declare that I have served the Notice of Postpetition Mortgage Fees, Expenses, and Charges dated July 26, 2023 and this Proof of Service on the below listed entities in the manner shown on the below date:

<u>Via ECF:</u>
| | |
|---|---|
| Jason Wilson-Aguilar: | courtmail@seattlech13.com |
| Erin Lane: | ErinL@washingtonstateattorneys.com |
| United States Trustee: | USTPRegion18.SE.ECF@usdoj.gov |
| Lance Olsen | bknotice@mccarthyholthus.com |

<u>By First Class Mail:</u>
Emilie Villa Ignacio Padiernos
11300 1st Ave NE #118
Seattle, WA 98125

I declare under penalty of perjury under the laws of the United States that the

//

PROOF OF SERVICE - 1

STRICHARTZ ASPAAS PLLC
200 FIRST AVENUE WEST
SUITE 260
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 388-0600

1 | foregoing is true and correct.
2 | EXECUTED at Seattle, Washington this 27th day of July, 2023.

*Rohana Fines* (signature)
Rohana Fines

PROOF OF SERVICE - 2

STRICHARTZ ASPAAS PLLC
200 FIRST AVENUE WEST
SUITE 260
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 388-0600